| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** | |
| IN RE: <br><br> RICHARD K BIELA, | Case No.:  18-20646 <br><br> Adv. No.: <br><br> Hearing Date:  11/18/2020 <br><br> **Judge:  RG** |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/05/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
RICHARD K BIELA,
901 STUYVESANT AVE
APT 211
UNION, NJ  07083
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090
Mode of Service:  Regular Mail

Dated:  October 05, 2020

By:   /S/  Jessica Antoine
       Jessica Antoine