LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450
Attorneys for Debtor Richard K. Biela

| | |
|---|---|
| In re:<br><br>RICHARD K. BIELA,<br><br>     Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>    Chapter 13<br><br>    Case No. 18-20646 (RG) |

### NOTICE OF WITHDRAWAL OF DOCUMENT
### [MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION - DOCKET NO. 60]

PLEASE TAKE NOTICE that Debtor Richard K. Biela, by and through his undersigned

counsel, hereby withdraws, without prejudice, the *Modified Chapter 13 Plan after Confirmation*

[Docket No. 60], which was filed on October 9, 2020.

Dated:  December 17, 2020

LAW OFFICES OF DARIN D. PINTO, P.C.


        /s/ Darin D. Pinto
Darin D. Pinto, Esq.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtor Richard K. Biela