| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9450<br><br>Attorneys for Debtor<br>  Richard K. Biela |
| In Re:<br><br>RICHARD K. BIELA,<br><br>Debtor. |

Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       18-20646

Chapter:        13

Judge:          Rosemary Gambardella

### CONSENT ORDER RESOLVING POST-PETITION ARREARS OWED BY DEBTOR TO TD BANK, N.A. AND MODIFYING CONSENT ORDER ENTERED BY COURT ON SEPTEMBER 26, 2018

The relief set forth on the following pages is hereby **ORDERED**.

Dated: December ___, 2020
**DATED: December 21, 2020**

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9450<br><br>Attorneys for Debtor<br>   Richard K. Biela | |
| In Re:<br><br>RICHARD K. BIELA,<br><br>Debtor. | Case No.:      18-20646<br><br>Chapter:        13<br><br>Judge:         Rosemary Gambardella |

### CONSENT ORDER RESOLVING POST-PETITION ARREARS OWED BY DEBTOR TO TD BANK, N.A. AND MODIFYING CONSENT ORDER ENTERED BY COURT ON SEPTEMBER 26, 2018

**WHEREAS**, Richard K. Biela (hereinafter "Debtor") filed a Chapter 13 Modified Plan after confirmation on December 17, 2020, which included post-petition arrears owed to TD Bank, N.A. (hereinafter "Creditor") in the amount of $8,484.00;

**WHEREAS**, the Debtor wishes to pay the arrears to the Creditor through the modified Chapter 13 Plan and the Creditor agrees to this payment through the Plan;

**WHEREAS**, as a modification to the Consent Order entered by this Court on September 26, 2018 (Docket No. 35), the Debtor wishes to provide for payment of Creditor's secured claim inside the modified Chapter 13 Plan, in equal monthly installments of $334.00 commencing on January 1, 2021 and the Creditor agrees to this payment through the Plan.

**NOW THEREFORE**, it is ordered that:

1.     That the Debtor shall pay post petition arears owed to TD Bank, N.A. in the amount of $8,484.00 through the Chapter 13 Plan and the confirmation order shall reflect such treatment.

2. That the Debtor shall recommence post petition payments owed to TD Bank, N.A. in equal monthly installments of $334.00 on January 1, 2021, and the confirmation order shall reflect such treatment.

3. If the Debtor is thirty (30) days late with the $334.00 monthly payment, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

4.. That the instant Stipulation shall be attached to and made a part of the Confirmation Order to be entered herein.

Dated: 12/17/2020

Darin D. Pinto, Esq.
LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
*Attorneys for Debtor Richard K. Biela*

Dated: 12/17/2020

Joseph Devine, Esq.
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
Attorneys for Creditor TD Bank, N.A.