UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450

Attorneys for Debtor
  Richard K. Biela

Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD K. BIELA,

Debtor.

Case No.:    18-20646

Chapter:    13

Judge:    Rosemary Gambardella

## CONSENT ORDER RESOLVING POST-PETITION ARREARS OWED BY DEBTOR TO TD BANK, N.A. AND MODIFYING CONSENT ORDER ENTERED BY COURT ON SEPTEMBER 26, 2018

The relief set forth on the following pages is hereby **ORDERED**.

Dated: December ___, 2020
**DATED: December 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450

Attorneys for Debtor
   Richard K. Biela

In Re:

RICHARD K. BIELA,

Debtor.

Case No.:    18-20646

Chapter:    13

Judge:    Rosemary Gambardella

## CONSENT ORDER RESOLVING POST-PETITION ARREARS OWED BY DEBTOR TO TD BANK, N.A. AND MODIFYING CONSENT ORDER ENTERED BY COURT ON SEPTEMBER 26, 2018

**WHEREAS**, Richard K. Biela (hereinafter "Debtor") filed a Chapter 13 Modified Plan after confirmation on December 17, 2020, which included post-petition arrears owed to TD Bank, N.A. (hereinafter "Creditor") in the amount of $8,484.00;

**WHEREAS**, the Debtor wishes to pay the arrears to the Creditor through the modified Chapter 13 Plan and the Creditor agrees to this payment through the Plan;

**WHEREAS**, as a modification to the Consent Order entered by this Court on September 26, 2018 (Docket No. 35), the Debtor wishes to provide for payment of Creditor's secured claim inside the modified Chapter 13 Plan, in equal monthly installments of $334.00 commencing on January 1, 2021 and the Creditor agrees to this payment through the Plan.

**NOW THEREFORE**, it is ordered that:

1.    That the Debtor shall pay post petition arears owed to TD Bank, N.A. in the amount of $8,484.00 through the Chapter 13 Plan and the confirmation order shall reflect such treatment.

2. That the Debtor shall recommence post petition payments owed to TD Bank, N.A. in equal monthly installments of $334.00 on January 1, 2021, and the confirmation order shall reflect such treatment.

3. If the Debtor is thirty (30) days late with the $334.00 monthly payment, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

4.. That the instant Stipulation shall be attached to and made a part of the Confirmation Order to be entered herein.

Dated: 12/17/2020

Darin D. Pinto, Esq.
LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
*Attorneys for Debtor Richard K. Biela*

Dated: 12/17/2020

Joseph Devine, Esq.
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
*Attorneys for Creditor TD Bank, N.A.*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard K Biela  
    Debtor(s)

Case No. 18-20646-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 22, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

**Recip ID    Recipient Name and Address**  
db     + Richard K Biela, 901 Stuyvesant Ave Apt 211, Union, NJ 07083-6957

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

**Name**      **Email Address**

Darin D Pinto  
     on behalf of Debtor Richard K Biela dpintolaw@comcast.net

Denise E. Carlon  
     on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jill Manzo  
     on behalf of Creditor INVESTORS BANK bankruptcy@fskslaw.com

Kevin Gordon McDonald  
     on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Richard James Tracy, III  
     on behalf of Creditor TD Bank N.A. richard.tracy.iii@gmail.com,

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf903 | Total Noticed: 1 |

tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7