DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090

Re:  RICHARD K BIELA  
901 STUYVESANT AVE  
APT 211  
UNION,  NJ  07083

Atty:  DARIN D. PINTO, ESQ.  
376 SOUTH AVENUE EAST  
WESTFIELD, NJ  07090

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-20646

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $52,200.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/11/2018 | $450.00 | 17741262718 | 07/02/2018 | $450.00 | 5026750000 |
| 08/02/2018 | $450.00 | 5119943000 | 09/05/2018 | $450.00 | 5209491000 |
| 10/02/2018 | $900.00 | 5279903000 | 11/16/2018 | $900.00 | 5395182000 |
| 12/17/2018 | $900.00 | 5470255000 | 01/16/2019 | $900.00 | 5546659000 |
| 02/19/2019 | $900.00 | 5627327000 | 03/18/2019 | $900.00 | 5706845000 |
| 04/16/2019 | $900.00 | 5787335000 | 05/16/2019 | $900.00 | 5863833000 |
| 06/17/2019 | $900.00 | 5938237000 | 07/16/2019 | $900.00 | 6019216000 |
| 09/16/2019 | $900.00 | 6175938000 | 10/16/2019 | $900.00 | 6255486000 |
| 11/18/2019 | $900.00 | 6334896000 | 12/16/2019 | $900.00 | 6406142000 |
| 01/16/2020 | $900.00 | 6486341000 | 02/18/2020 | $900.00 | 6563202000 |
| 03/16/2020 | $900.00 | 6639795000 | 04/16/2020 | $900.00 | 6713978000 |
| 05/21/2020 | $900.00 | 6805001000 | 06/16/2020 | $900.00 | 6869671000 |
| 07/16/2020 | $900.00 | 6943820000 | 08/17/2020 | $900.00 | 7014439000 |
| 10/16/2020 | $900.00 | 7161923000 | 11/16/2020 | $400.00 | 7233828000 |
| 12/15/2020 | $400.00 | 7307448000 | | | |

**Total Receipts: $23,300.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,300.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| INVESTORS BANK | | | | | | |
| | 12/17/2018 | $1,141.69 | 815,855 | 02/11/2019 | $579.58 | 819,679 |
| | 03/18/2019 | $579.58 | 821,653 | 04/15/2019 | $579.59 | 823,675 |
| | 05/20/2019 | $1,159.17 | 825,654 | 06/17/2019 | $590.03 | 827,658 |
| | 08/19/2019 | $1,180.07 | 831,494 | 10/21/2019 | $605.40 | 835,537 |
| | 11/18/2019 | $582.66 | 837,611 | 01/13/2020 | $582.66 | 841,411 |
| | 02/10/2020 | $582.66 | 843,299 | 03/16/2020 | $582.66 | 845,217 |
| | 04/20/2020 | $1,165.31 | 847,156 | 05/18/2020 | $553.16 | 849,028 |
| | 07/20/2020 | $1,121.68 | 852,530 | 08/17/2020 | $568.52 | 854,391 |
| | 09/21/2020 | $568.52 | 856,218 | 11/16/2020 | $568.52 | 859,881 |
| | 12/21/2020 | $252.68 | 861,706 | | | |

**Chapter 13 Case # 18-20646**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 12/17/2018 | $530.11 | 0 | 02/11/2019 | $269.12 | 8,000,931 |
| | 03/18/2019 | $269.12 | 8,000,977 | 04/15/2019 | $269.11 | 8,001,022 |
| | 05/20/2019 | $538.23 | 8,001,066 | 06/17/2019 | $273.97 | 8,001,111 |
| | 08/19/2019 | $547.93 | 8,001,194 | 10/21/2019 | $281.10 | 8,001,281 |
| | 11/18/2019 | $270.54 | 8,001,323 | 01/13/2020 | $270.54 | 8,001,404 |
| | 02/10/2020 | $270.54 | 8,001,441 | 03/16/2020 | $270.54 | 8,001,481 |
| | 04/20/2020 | $541.09 | 8,001,529 | 05/18/2020 | $256.84 | 8,001,590 |
| | 07/20/2020 | $520.82 | 8,001,710 | 08/17/2020 | $263.98 | 8,001,769 |
| | 09/21/2020 | $263.98 | 8,001,832 | 11/16/2020 | $263.98 | 8,001,946 |
| | 12/21/2020 | $117.32 | 8,002,005 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,347.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,750.00 | 100.00% | 1,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 1,418.36 | * | 0.00 | |
| 0005 | EMA - UNION EMEGENCY MEDICAL ASSO | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | HEALTHCARE REVENUE RECOVERY GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | UNITED STATES TREASURY/IRS | UNSECURED | 11,132.60 | * | 0.00 | |
| 0009 | INVESTORS BANK | MORTGAGE ARRE | 17,136.74 | 100.00% | 13,544.14 | |
| 0011 | NJ HOUSING & MORTGAGE FINANCING A | SECURED | 0.00 | 100.00% | 0.00 | |
| 0012 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PHOENIX APPRAISALS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TD BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | TD BANK USA NA | UNSECURED | 522.77 | * | 0.00 | |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | PRIORITY | 1,418.20 | 100.00% | 0.00 | |
| 0024 | NJ HOUSING & MORTGAGE FINANCING A | SECURED | 0.00 | 100.00% | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | SECURED | 7,957.00 | 100.00% | 6,288.86 | |
| 0026 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 1,570.00 | * | 0.00 | |
| 0027 | TD BANK NA | (NEW) MTG Agree | 8,484.00 | 100.00% | 0.00 | |

**Total Paid: $22,930.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $23,300.00    -    Paid to Claims: $19,833.00    -    Admin Costs Paid: $3,097.00    =    Funds on Hand: $370.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.