LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450
Attorneys for Debtor Richard K. Biela

|  |  |
|---|---|
| In re:<br><br>RICHARD K. BIELA,<br><br>       Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 18-20646 (RG) |

### NOTICE OF WITHDRAWAL OF DOCUMENT
### [CERTIFICATION OF DEBTOR IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION - DOCKET NO. 72]

PLEASE TAKE NOTICE that Debtor Richard K. Biela, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Certification of Debtor in Support of COVID-19 Chapter 13 Plan Modification* [Docket No. 72], which was filed on December 17, 2020.

Dated:  January 28, 2021

LAW OFFICES OF DARIN D. PINTO, P.C.


         /s/ Darin D. Pinto
Darin D. Pinto, Esq.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtor Richard K. Biela