UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

RICHARD K. BIELA,

Debtor.

Case No.: _____18-20646_____

Chapter: 13

Judge: _____RG_____

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], __Richard K. Biela_____, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on __November 19, 2018__.

2) I was current with plan payments through __July 2020_____.

3) I was current with post-petition mortgage payments through __January 2021_____ on property located at __901 Stuyvesant Avenue, Unit 211, Union, New Jersey 07083_____.

    [If not applicable, skip] [if more than 1 property, add additional lines]

    a) The mortgage payments referred to above are [check one]:

        ☒ contractual payments

        ☐ adequate protection payments

    b) I am current with post-petition real estate taxes on the property located at __901 Stuyvesant Avenue, Unit 211, Union, New Jersey 07083_____.

        ◉ YES  ○ NO

    c) I have current liability insurance on the property and can provide proof thereof.

        ◉ YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

    a) I am current with post-petition real estate taxes on the property located at __901 Stuyvesant Avenue, Unit 211, Union, New Jersey 07083_____.

        ◉ YES  ○ NO

    b) I have current liability insurance on the property and can provide proof thereof.
        ◉ YES  ○ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s).  [If not applicable, skip]

   _____.

6) The change in my household income previously reported on Schedule I is $ <u>5,550.00</u>.
   My current household income is $<u>3,952.00</u>.  I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
   My current total household expenses are now $ <u>3,153.00</u>.

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

   > Due to COVID-19, my salary with my primary employer St. Peter's University has been reduced 3.5%  as of October 1, 2020 due to COVID-19 related restrictions.  Prior to October 2020, my salary was cut 5% in June and July 2020 due to the same reasons.  In addition, I lost significant hours from my part-time employer Whole Foods - also as a result of COVID restrictions.  Further and also due to COVID, I am no longer working as an Uber and Lyft Driver - which also supplemented my monthly income.
   >
   > As a result, this hardship has caused me to fall behind on my Trustee payments.  A Modified Ch 13 Plan with a COVID 19 extension to the length of the Plan will help me significantly.
   >
   >
   > ***DEBTOR'S ST. PETERS' NOVEMBER 1, 2020 THROUGH JANAURY 15, 2021 PAYSTUBS TO BE UPLOAD TO 13DOCS SHORTLY - PAYSTUBS PRIOR TO NOVEMBER 1 HAVE BEEN ATTACHED***

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: <u>January 28, 2021</u>          <u>/s/ Richard K. Biela</u>
                                        Debtor's Signature

Dated: _____          _____
                                        Debtor's Signature

*new.12/2020*

2

094325

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|-----------|--------------|--|------------|
| ITXX | 0072265 | ###-##-3990 | 31 Mar 2020 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|------|------|------|------|---------|--------------|-------------|---------|--------------|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | 4,229.38 | | FWTS | 220.91 | 672.73 | Blue Epo Single 125 | 132.33 | 396.99 |
| | | | MEDI | 59.25 | 177.75 | Parking | 25.00 | 75.00 |
| | | | FICA | 253.36 | 760.08 | Delta Dental Single Yes | 10.66 | 31.98 |
| | | | FLI | 6.77 | 20.31 | | | |
| | | | NJSA | 95.49 | 286.47 | | | |
| | | | SUI | 16.18 | 48.54 | | | |
| | | | SWD | 1.80 | 5.40 | | | |
| | | | SDI | 11.00 | 33.00 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|--------|-------|-------|------------|-----|------------|----------|-------------|--------------|------------|---------------|
| CURRENT | 4,229.38 | 664.76 | 167.99 | 3,396.63 | | | | | | |
| Y.T.D. | 12,688.14 | 2,004.28 | 503.97 | 10,179.89 | 140.00 | 63.00 | 77.00 | 70.00 | 94.50 | 55.50 |

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

03/13/20 094325

PAY THIS AMOUNT
3,396.63

Pay Amount - Spelled Out THREE THOUSAND THREE HUNDRED NINETY-SIX AND 63/100****

**NON-NEGOTIABLE**
**VIEW ONLY**

| PAY | Richard Biela |
|-----|---------------|
| TO THE | 901 Stuyvesant Ave 211 |
| ORDER OF | Union NJ 07083 |

095177

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 30 Apr 2020 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | 4,229.38 | | FWTS | 220.83 | 893.56 | Blue Epo Single 125 | 132.33 | 529.32 |
| | | | MEDI | 59.24 | 236.99 | Delta Dental Single Yes | 11.30 | 43.28 |
| | | | FICA | 253.32 | 1,013.40 | Parking | 0.00 | 75.00 |
| | | | FLI | 6.77 | 27.08 | | | |
| | | | NJSA | 95.49 | 381.96 | | | |
| | | | SUI | 16.18 | 64.72 | | | |
| | | | SWD | 1.80 | 7.20 | | | |
| | | | SDI | 11.00 | 44.00 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,229.38 | 664.63 | 143.63 | 3,421.12 | | | | | | |
| Y.T.D. | 16,917.52 | 2,668.91 | 647.60 | 13,601.01 | 140.00 | 63.00 | 77.00 | 70.00 | 94.50 | 48.50 |

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

04/15/20   095177

PAY THIS AMOUNT
3,421.12

Pay Amount - Spelled Out THREE THOUSAND FOUR HUNDRED TWENTY-ONE AND 12/100*****

| | | **NON-NEGOTIABLE** |
| | | **VIEW ONLY** |
| PAY | Richard Biela | |
| TO THE | 901 Stuyvesant Ave 211 | |
| ORDER OF | Union NJ 07083 | |

096136

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 31 May 2020 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | | 402.64 | FWTS | 197.87 | 1,091.43 | Blue Epo Single 125 | 132.33 | 661.65 |
| REG | | 3,635.40 | MEDI | 56.47 | 293.46 | Delta Dental Single Yes | 11.30 | 54.58 |
| | | | FICA | 241.45 | 1,254.85 | Parking | 0.00 | 75.00 |
| | | | FLI | 6.46 | 33.54 | | | |
| | | | NJSA | 83.82 | 465.78 | | | |
| | | | SUI | 15.45 | 80.17 | | | |
| | | | SWD | 1.72 | 8.92 | | | |
| | | | SDI | 10.50 | 54.50 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,038.04 | 613.74 | 143.63 | 3,280.67 | | | | | | |
| Y.T.D. | 20,955.56 | 3,282.65 | 791.23 | 16,881.68 | 140.00 | 63.00 | 77.00 | 70.00 | 94.50 | 48.50 |

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

05/15/20   096136

PAY THIS AMOUNT
3,280.67

Pay Amount - Spelled Out  THREE THOUSAND TWO HUNDRED EIGHTY AND 67/100**********

**NON-NEGOTIABLE**
**VIEW ONLY**

PAY       Richard Biela
TO THE    901 Stuyvesant Ave 211
ORDER OF  Union NJ 07083

096714

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 30 Jun 2020 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | 4,017.91 | | FWTS | 195.46 | 1,286.89 | Blue Epo Single 125 | 132.33 | 793.98 |
| | | | MEDI | 56.18 | 349.64 | Delta Dental Single Yes | 11.30 | 65.88 |
| | | | FICA | 240.21 | 1,495.06 | Parking | 0.00 | 75.00 |
| | | | FLI | 6.43 | 39.97 | | | |
| | | | NJSA | 82.59 | 548.37 | | | |
| | | | SUI | 15.37 | 95.54 | | | |
| | | | SWD | 1.71 | 10.63 | | | |
| | | | SDI | 10.45 | 64.95 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,017.91 | 608.40 | 143.63 | 3,265.88 | | | | | | |
| Y.T.D. | 24,973.47 | 3,891.05 | 934.86 | 20,147.56 | 140.00 | 81.00 | 59.00 | 70.00 | 94.50 | 48.50 |

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

06/15/20  096714

PAY THIS AMOUNT

3,265.88

Pay Amount - Spelled Out  THREE THOUSAND TWO HUNDRED SIXTY-FIVE AND 88/100******

**NON-NEGOTIABLE**
**VIEW ONLY**

PAY
TO THE
ORDER OF

Richard Biela
901 Stuyvesant Ave 211
Union NJ 07083

097201

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 31 Jul 2020 |

### CURRENT EARNINGS

| | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | 4,229.38 | | FWTS | 220.83 | 1,507.72 | Blue Epo Single 125 | 132.33 | 926.31 |
| | | | MEDI | 59.24 | 408.88 | Delta Dental Single Yes | 11.30 | 77.18 |
| | | | FICA | 253.32 | 1,748.38 | Parking | 0.00 | 75.00 |
| | | | FLI | 6.77 | 46.74 | | | |
| | | | NJSA | 95.49 | 643.86 | | | |
| | | | SUI | 16.18 | 111.72 | | | |
| | | | SWD | 1.80 | 12.43 | | | |
| | | | SDI | 11.00 | 75.95 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,229.38 | 664.63 | 143.63 | 3,421.12 | | | | | | |
| Y.T.D. | 29,202.85 | 4,555.68 | 1,078.49 | 23,568.68 | 0.00 | 0.00 | 31.00 | 0.00 | 0.00 | 41.50 |

---

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

07/15/20    097201

PAY THIS AMOUNT
3,421.12

Pay Amount - Spelled Out THREE THOUSAND FOUR HUNDRED TWENTY-ONE AND 12/100*****

**NON-NEGOTIABLE**
**VIEW ONLY**

| PAY | Richard Biela |
|---|---|
| TO THE | 901 Stuyvesant Ave 211 |
| ORDER OF | Union NJ 07083 |

097628

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 31 Aug 2020 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | 4,229.38 | | FWTS | 220.83 | 1,728.55 | Blue Epo Single 125 | 132.33 | 1,058.64 |
| | | | MEDI | 59.24 | 468.12 | Delta Dental Single Yes | 11.30 | 88.48 |
| | | | FICA | 253.32 | 2,001.70 | Parking | 0.00 | 75.00 |
| | | | FLI | 6.77 | 53.51 | | | |
| | | | NJSA | 95.49 | 739.35 | | | |
| | | | SUI | 16.18 | 127.90 | | | |
| | | | SWD | 1.80 | 14.23 | | | |
| | | | SDI | 11.00 | 86.95 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,229.38 | 664.63 | 143.63 | 3,421.12 | | | | | | |
| Y.T.D. | 33,432.23 | 5,220.31 | 1,222.12 | 26,989.80 | 140.00 | 10.00 | 140.00 | 70.00 | 17.50 | 105.00 |

---

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

08/14/20   097628

PAY THIS AMOUNT
3,421.12

Pay Amount - Spelled Out THREE THOUSAND FOUR HUNDRED TWENTY-ONE AND 12/100*****

**NON-NEGOTIABLE**
**VIEW ONLY**

PAY
TO THE
ORDER OF

Richard Biela
901 Stuyvesant Ave 211
Union NJ 07083



098033

| DEPT. NO. | EMPLOYEE NO. | PAY PERIOD |
|---|---|---|
| ITXX | 0072265  ###-##-3990 | 30 Sep 2020 |

**CURRENT EARNINGS** / **TAXES WITHHELD**

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| REG | 4,229.38 | | FWTS | 220.83 | 1,949.38 |
| | | | MEDI | 59.24 | 527.36 |
| | | | FICA | 253.32 | 2,255.02 |
| | | | FLI | 6.77 | 60.28 |
| | | | NJSA | 95.49 | 834.84 |
| | | | SUI | 7.14 | 135.04 |
| | | | SWD | 0.79 | 15.02 |
| | | | SDI | 11.00 | 97.95 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Blue Epo Single 125 | 132.33 | 1,190.97 |
| Delta Dental Single Yes | 11.30 | 99.78 |
| Parking | 0.00 | 75.00 |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,229.38 | 654.58 | 143.63 | 3,431.17 | | | | | | |
| Y.T.D. | 37,661.61 | 5,874.89 | 1,365.75 | 30,420.97 | 140.00 | 17.00 | 133.00 | 70.00 | 31.50 | 91.00 |

n

**Saint Peter's University**
**2641 Kennedy Blvd.**
**Jersey City, NJ 07306**

09/15/20   098033

PAY THIS AMOUNT
3,431.17

Pay Amount - Spelled Out THREE THOUSAND FOUR HUNDRED THIRTY-ONE AND 17/100*****

**NON-NEGOTIABLE**
**VIEW ONLY**

PAY
TO THE
ORDER OF
Richard Biela
901 Stuyvesant Ave 211
Union NJ 07083

098950

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD |
|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 31 Oct 2020 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | | 4,081.35 | FWTS | 203.07 | 2,152.45 | Blue Epo Single 125 | 132.33 | 1,323.30 |
| | | | MEDI | 57.10 | 584.46 | Delta Dental Single Yes | 11.30 | 111.08 |
| | | | FICA | 244.14 | 2,499.16 | Parking | 0.00 | 75.00 |
| | | | FLI | 6.53 | 66.81 | | | |
| | | | NJSA | 86.46 | 921.30 | | | |
| | | | SUI | 0.00 | 135.04 | | | |
| | | | SWD | 0.00 | 15.02 | | | |
| | | | SDI | 10.61 | 108.56 | | | |

| DEPOSITS | ACCOUNT NO. | AMOUNT |
|---|---|---|

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,081.35 | 607.91 | 143.63 | 3,329.81 | | | | | | |
| Y.T.D. | 41,742.96 | 6,482.80 | 1,509.38 | 33,750.78 | 140.00 | 34.50 | 115.50 | 70.00 | 31.50 | 87.00 |

**Saint Peter's University**
2641 Kennedy Blvd.
Jersey City, NJ 07306

10/15/20   098950
**PAY THIS AMOUNT**
3,329.81

Pay Amount - Spelled Out          THREE THOUSAND THREE HUNDRED TWENTY-NINE AND 81/100***

NON-NEGOTIABLE
VIEW ONLY

PAY        Richard Biela
TO THE     901 Stuyvesant Ave 211
ORDER OF   Union NJ 07083

### Richard Biela: 04/19/2020 (Regular) - Complete

**Company Information**

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

**Payslip Information**

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 04/06/2020 |

**Current and YTD Totals**

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 413.15 | 28.93 |
| YTD | 2,768.22 | 193.82 |

**Earnings**

| Description | Dates | Hours |
|---|---|---|
| Paid Time Off | | |
| Regular Hourly | 04/06/2020 - 04/19/2020 | 22.13 |
| Reporting Time | 04/06/2020 - 04/19/2020 | 1.98 |
| Retro Regular Pay | | |
| Shift Premium | 04/06/2020 - 04/19/2020 | 22.13 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 25.62 | 171.63 |
| Medicare | 5.99 | 40.14 |
| State Tax - NJ | 2.88 | 13.77 |
| SUI-Employee Paid - NJ | 1.58 | 10.59 |
| NJ FLI - NJFLI | 0.66 | 4.43 |
| NJ TDF - NJTDB | 1.07 | 7.21 |
| NJ WFD - NJWDF | 0.18 | 1.17 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K % | 28.93 | 193.82 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 194.94 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 35.50 | 253.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 413.15 | 2,768.22 |
| Medicare - Taxable Wages | 413.15 | 2,768.22 |
| Federal Withholding - Taxable Wages | 384.22 | 2,574.40 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

**Absence Plan(s)**

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 22.13 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 04/19/2020 | 04/24/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 37.98 | 21.66 | 324.58 |
| 248.94 | 194.94 | 2,130.52 |

| Rate | Amount | YTD |
|---|---|---|
| | | 68.85 |
| 15.30 | 338.59 | 2,482.84 |
| 15.30 | 30.30 | 30.30 |
| | | 62.73 |
| 2.00 | 44.26 | 123.50 |

**Available**
3,529.41

| **Amount in Pay Group Currency** | **Pay Group Currency** |
| --- | --- |
| 324.58 | USD |

## Richard Biela: 05/03/2020 (Regular) - Complete

### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 04/20/2020 |

### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 468.49 | 32.80 |
| YTD | 3,236.71 | 226.62 |

### Earnings

| Description | Dates | Hours |
|---|---|---|
| Paid Time Off | | |
| Regular Hourly | 04/20/2020 - 05/03/2020 | 27.08 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Shift Premium | 04/20/2020 - 05/03/2020 | 27.08 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 29.05 | 200.68 |
| Medicare | 6.79 | 46.93 |
| State Tax - NJ | 3.65 | 17.42 |
| SUI-Employee Paid - NJ | 1.79 | 12.38 |
| NJ FLI - NJFLI | 0.75 | 5.18 |
| NJ TDF - NJTDB | 1.22 | 8.43 |
| NJ WFD - NJWDF | 0.20 | 1.37 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 32.80 | 226.62 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 216.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 35.50 | 288.50 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 468.49 | 3,236.71 |
| Medicare - Taxable Wages | 468.49 | 3,236.71 |
| Federal Withholding - Taxable Wages | 435.69 | 3,010.09 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

### Absence Plan(s)

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 27.08 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
| --- | --- | --- |
| 05/03/2020 | 05/08/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
| --- | --- | --- |
| 43.45 | 21.66 | 370.58 |
| 292.39 | 216.60 | 2,501.10 |

| Rate | Amount | YTD |
| --- | --- | --- |
| | | 68.85 |
| 15.30 | 414.33 | 2,897.17 |
| | | 30.30 |
| | | 62.73 |
| 2.00 | 54.16 | 177.66 |

**Available**

3,556.49

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 370.58 | USD |

### Richard Biela: 05/17/2020 (Regular) - Complete

#### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 05/04/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 349.64 | 24.48 |
| YTD | 3,586.35 | 251.10 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Paid Time Off | | |
| Regular Hourly | 05/04/2020 - 05/17/2020 | 20.21 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Shift Premium | 05/04/2020 - 05/17/2020 | 20.21 |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 21.67 | 222.35 |
| Medicare | 5.07 | 52.00 |
| State Tax - NJ | 1.99 | 19.41 |
| SUI-Employee Paid - NJ | 1.34 | 13.72 |
| NJ FLI - NJFLI | 0.56 | 5.74 |
| NJ TDF - NJTDB | 0.91 | 9.34 |
| NJ WFD - NJWDF | 0.15 | 1.52 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 24.48 | 251.10 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 238.26 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 35.50 | 324.00 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 349.64 | 3,586.35 |
| Medicare - Taxable Wages | 349.64 | 3,586.35 |
| Federal Withholding - Taxable Wages | 325.16 | 3,335.25 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

#### Absence Plan(s)

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 20.21 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 05/17/2020 | 05/22/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 31.69 | 21.66 | 271.81 |
| 324.08 | 238.26 | 2,772.91 |

| Rate | Amount | YTD |
|---|---|---|
| | | 68.85 |
| 15.30 | 309.22 | 3,206.39 |
| | | 30.30 |
| | | 62.73 |
| 2.00 | 40.42 | 218.08 |

**Available**

3,576.70

| **Amount in Pay Group Currency** | **Pay Group Currency** |
|---|---|
| 271.81 | USD |

### Richard Biela: 05/31/2020 (Regular) - Complete

#### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 05/18/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 53.12 | 3.72 |
| YTD | 3,639.47 | 254.82 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Paid Time Off | | |
| Regular Hourly | 05/18/2020 - 05/31/2020 | 3.07 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Salary Unpaid Time Off | 05/18/2020 - 05/31/2020 | 64.00 |
| Shift Premium | 05/18/2020 - 05/31/2020 | 3.07 |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 3.30 | 225.65 |
| Medicare | 0.77 | 52.77 |
| State Tax - NJ | 0.00 | 19.41 |
| SUI-Employee Paid - NJ | 0.20 | 13.92 |
| NJ FLI - NJFLI | 0.08 | 5.82 |
| NJ TDF - NJTDB | 0.14 | 9.48 |
| NJ WFD - NJWDF | 0.02 | 1.54 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 3.72 | 254.82 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 259.92 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 35.50 | 359.50 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 53.12 | 3,639.47 |
| Medicare - Taxable Wages | 53.12 | 3,639.47 |
| Federal Withholding - Taxable Wages | 49.40 | 3,384.65 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

| *Absence Plan(s)* | | | | |
|---|---|---|---|---|
| **Description** | **Accrued** | | **Reduced** | |
| WFM US Service Hours Time Off Plan | | 3.07 | | 0.00 |

| *Payment Information* | | |
|---|---|---|
| **Bank** | **Account Name** | **Account Number** |
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 05/31/2020 | 06/05/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 4.51 | 21.66 | 23.23 |
| 328.59 | 259.92 | 2,796.14 |

| Rate | Amount | YTD |
|---|---|---|
| | | 68.85 |
| 15.30 | 46.98 | 3,253.37 |
| | | 30.30 |
| | | 62.73 |
| 0.00 | 0.00 | |
| 2.00 | 6.14 | 224.22 |

**Available**

3,579.77

| Amount in Pay Group Currency | Pay Group Currency |
| --- | --- |
| 23.23 | USD |

### Richard Biela: 06/14/2020 (Regular) - Complete

#### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 06/01/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 349.62 | 24.48 |
| YTD | 3,989.09 | 279.30 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Paid Time Off | | |
| Regular Hourly | 06/01/2020 - 06/14/2020 | 22.85 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Shift Premium | | |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 21.67 | 247.32 |
| Medicare | 5.07 | 57.84 |
| State Tax - NJ | 1.99 | 21.40 |
| SUI-Employee Paid - NJ | 1.34 | 15.26 |
| NJ FLI - NJFLI | 0.56 | 6.38 |
| NJ TDF - NJTDB | 0.91 | 10.39 |
| NJ WFD - NJWDF | 0.15 | 1.69 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 24.48 | 279.30 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 281.58 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 35.50 | 395.00 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 349.62 | 3,989.09 |
| Medicare - Taxable Wages | 349.62 | 3,989.09 |
| Federal Withholding - Taxable Wages | 325.14 | 3,709.79 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

#### Absence Plan(s)

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 22.85 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 06/14/2020 | 06/19/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 31.69 | 21.66 | 271.79 |
| 360.28 | 281.58 | 3,067.93 |

| Rate | Amount | YTD |
|---|---|---|
| | | 68.85 |
| 15.30 | 349.62 | 3,602.99 |
| | | 30.30 |
| | | 62.73 |
| | | 224.22 |

**Available**

3,602.62

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 271.79 | USD |

### Richard Biela: 06/28/2020 (Regular) - Complete

#### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 06/15/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 434.22 | 30.40 |
| YTD | 4,423.31 | 309.70 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Paid Time Off | | |
| Regular Hourly | 06/15/2020 - 06/28/2020 | 28.38 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Shift Premium | | |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 26.93 | 274.25 |
| Medicare | 6.30 | 64.14 |
| State Tax - NJ | 3.17 | 24.57 |
| SUI-Employee Paid - NJ | 1.66 | 16.92 |
| NJ FLI - NJFLI | 0.69 | 7.07 |
| NJ TDF - NJTDB | 1.13 | 11.52 |
| NJ WFD - NJWDF | 0.18 | 1.87 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 30.40 | 309.70 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 303.24 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 35.50 | 430.50 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 434.22 | 4,423.31 |
| Medicare - Taxable Wages | 434.22 | 4,423.31 |
| Federal Withholding - Taxable Wages | 403.82 | 4,113.61 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

#### Absence Plan(s)

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 28.38 | 0.00 |

**_Payment Information_**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 06/28/2020 | 07/03/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 40.06 | 21.66 | 342.10 |
| 400.34 | 303.24 | 3,410.03 |

| Rate | Amount | YTD |
|---|---|---|
| | | 68.85 |
| 15.30 | 434.22 | 4,037.21 |
| | | 30.30 |
| | | 62.73 |
| | | 224.22 |

**Available**

3,631.00

| **Amount in Pay Group Currency** | **Pay Group Currency** |
|---|---|
| 342.10 | USD |

### Richard Biela: 07/26/2020 (Regular) - Complete
#### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 07/13/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 767.16 | 53.71 |
| YTD | 5,639.22 | 394.83 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Bonus General | 07/20/2020 - 07/26/2020 | 0.00 |
| Paid Time Off | 07/13/2020 - 07/26/2020 | 4.50 |
| Regular Hourly | 07/13/2020 - 07/26/2020 | 29.30 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Shift Premium | | |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 47.56 | 349.63 |
| Medicare | 11.13 | 81.77 |
| Federal Withholding | 51.15 | 51.15 |
| State Tax - NJ | 7.82 | 35.77 |
| SUI-Employee Paid - NJ | 2.93 | 21.57 |
| NJ FLI - NJFLI | 1.23 | 9.02 |
| NJ TDF - NJTDB | 1.99 | 14.68 |
| NJ WFD - NJWDF | 0.33 | 2.39 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 53.71 | 394.83 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 346.56 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 26.50 | 488.00 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 767.16 | 5,639.22 |
| Medicare - Taxable Wages | 767.16 | 5,639.22 |
| Federal Withholding - Taxable Wages | 713.45 | 5,244.39 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 5 | 5 |

Additional Withholding          0

**Absence Plan(s)**

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours | 29.30 | 0.00 |
| Time Off Plan | | |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 07/26/2020 | 07/31/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 124.14 | 21.66 | 567.65 |
| 565.98 | 346.56 | 4,331.85 |

| Rate | Amount | YTD |
|---|---|---|
| 0.00 | 250.00 | 250.00 |
| 15.30 | 68.85 | 206.55 |
| 15.30 | 448.31 | 4,865.42 |
| | | 30.30 |
| | | 62.73 |
| | | 224.22 |

**Available**

3,685.13

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 567.65 | USD |

### Richard Biela: 08/09/2020 (Regular) - Complete
#### Company Information

| Name | Address | Phone |
|------|---------|-------|
| Whole Foods Market Group Inc | 550 Bowie Street<br>Austin, TX 78703<br>United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|------|-------------|------------------|
| Richard Biela | 2037871 | 07/27/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|----------------|-----------|--------------------|
| Current | 343.47 | 24.05 |
| YTD | 5,982.69 | 418.88 |

#### Earnings

| Description | Dates | Hours |
|-------------|-------|-------|
| Bonus General | | |
| Paid Time Off | 07/27/2020 - 08/09/2020 | 0.25 |
| Regular Hourly | 07/27/2020 - 08/09/2020 | 21.98 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Salary Unpaid Time Off | 07/27/2020 - 08/09/2020 | 48.00 |
| Shift Premium | | |

#### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 21.30 | 370.93 |
| Medicare | 4.98 | 86.75 |
| Federal Withholding | 0.00 | 51.15 |
| State Tax - NJ | 1.91 | 37.68 |
| SUI-Employee Paid - NJ | 1.31 | 22.88 |
| NJ FLI - NJFLI | 0.55 | 9.57 |
| NJ TDF - NJTDB | 0.89 | 15.57 |
| NJ WFD - NJWDF | 0.15 | 2.54 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K % | 24.05 | 418.88 |

#### Post Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Loan | 21.66 | 368.22 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 26.25 | 514.25 |

#### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 343.47 | 5,982.69 |
| Medicare - Taxable Wages | 343.47 | 5,982.69 |
| Federal Withholding - Taxable Wages | 319.42 | 5,563.81 |

#### Withholding

| Description | Federal | Work State |
|-------------|---------|------------|
| Marital Status | Single | Single |

Allowances                          5                              5
Additional Withholding      0

### Absence Plan(s)

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 21.98 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 08/09/2020 | 08/14/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 31.09 | 21.66 | 266.67 |
| 597.07 | 368.22 | 4,598.52 |

| Rate | Amount | YTD |
|---|---|---|
| | | 250.00 |
| 15.45 | 3.87 | 210.42 |
| 15.45 | 339.60 | 5,205.02 |
| | | 30.30 |
| | | 62.73 |
| 0.00 | 0.00 | |
| | | 224.22 |

**Available**

3,707.11

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 266.67 | USD |

**Richard Biela: 08/23/2020 (Regular) - Complete**

**Company Information**

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

**Payslip Information**

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 08/10/2020 |

**Current and YTD Totals**

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 162.70 | 11.39 |
| YTD | 6,145.39 | 430.27 |

**Earnings**

| Description | Dates | Hours |
|---|---|---|
| Bonus General | | |
| Paid Time Off | 08/10/2020 - 08/23/2020 | 0.50 |
| Regular Hourly | 08/10/2020 - 08/23/2020 | 10.03 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Salary Unpaid Time Off | 08/10/2020 - 08/23/2020 | 72.00 |
| Shift Premium | | |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 10.08 | 381.01 |
| Medicare | 2.36 | 89.11 |
| Federal Withholding | 0.00 | 51.15 |
| State Tax - NJ | 0.00 | 37.68 |
| SUI-Employee Paid - NJ | 0.63 | 23.51 |
| NJ FLI - NJFLI | 0.26 | 9.83 |
| NJ TDF - NJTDB | 0.42 | 15.99 |
| NJ WFD - NJWDF | 0.07 | 2.61 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K % | 11.39 | 430.27 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 389.88 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 25.75 | 540.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 162.70 | 6,145.39 |
| Medicare - Taxable Wages | 162.70 | 6,145.39 |
| Federal Withholding - Taxable Wages | 151.31 | 5,715.12 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |

| | | |
|---|---|---|
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

### Absence Plan(s)

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 10.03 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 08/23/2020 | 08/28/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 13.82 | 21.66 | 115.83 |
| 610.89 | 389.88 | 4,714.35 |

| Rate | Amount | YTD |
|---|---|---|
| | | 250.00 |
| 15.45 | 7.73 | 218.15 |
| 15.45 | 154.97 | 5,359.99 |
| | | 30.30 |
| | | 62.73 |
| 0.00 | 0.00 | |
| | | 224.22 |

**Available**

3,717.14

| Amount in Pay Group Currency | Pay Group Currency |
| --- | --- |
| 115.83 | USD |

### Richard Biela: 09/06/2020 (Regular) - Complete

**Company Information**

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street<br>Austin, TX 78703<br>United States of America | +1 (512) 4775566 |

**Payslip Information**

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 08/24/2020 |

**Current and YTD Totals**

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 199.77 | 13.99 |
| YTD | 6,345.16 | 444.26 |

**Earnings**

| Description | Dates | Hours |
|---|---|---|
| Bonus General | | |
| Paid Time Off | 08/24/2020 - 09/06/2020 | 9.00 |
| Regular Hourly | 08/24/2020 - 09/06/2020 | 3.93 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Salary Unpaid Time Off | 08/24/2020 - 09/06/2020 | 48.00 |
| Shift Premium | | |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 12.39 | 393.40 |
| Medicare | 2.89 | 92.00 |
| Federal Withholding | 0.00 | 51.15 |
| State Tax - NJ | 0.00 | 37.68 |
| SUI-Employee Paid - NJ | 0.76 | 24.27 |
| NJ FLI - NJFLI | 0.32 | 10.15 |
| NJ TDF - NJTDB | 0.52 | 16.51 |
| NJ WFD - NJWDF | 0.08 | 2.69 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K % | 13.99 | 444.26 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 411.54 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 16.75 | 556.75 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 199.77 | 6,345.16 |
| Medicare - Taxable Wages | 199.77 | 6,345.16 |
| Federal Withholding - Taxable Wages | 185.78 | 5,900.90 |

**Withholding**

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |

| | | | |
|---|---|---|---|
| Allowances | 5 | 5 | |
| Additional Withholding | 0 | | |

**Absence Plan(s)**

| Description | Accrued | | Reduced |
|---|---|---|---|
| WFM US Service Hours Time Off Plan | | 3.93 | 0.00 |

**Payment Information**

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 09/06/2020 | 09/11/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 16.96 | 21.66 | 147.16 |
| 627.85 | 411.54 | 4,861.51 |

| Rate | Amount | YTD |
|---|---|---|
| | | 250.00 |
| 15.45 | 139.05 | 357.20 |
| 15.45 | 60.72 | 5,420.71 |
| | | 30.30 |
| | | 62.73 |
| 0.00 | 0.00 | |
| | | 224.22 |

**Available**

3,721.07

| Amount in Pay Group Currency | Pay Group Currency |
| --- | --- |
| 147.16 | USD |

### Richard Biela: 09/20/2020 (Regular) - Complete

#### Company Information

| Name | Address | Phone |
|---|---|---|
| Whole Foods Market Group Inc | 550 Bowie Street Austin, TX 78703 United States of America | +1 (512) 4775566 |

#### Payslip Information

| Name | Employee ID | Pay Period Begin |
|---|---|---|
| Richard Biela | 2037871 | 09/07/2020 |

#### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions |
|---|---|---|
| Current | 488.08 | 34.17 |
| YTD | 6,833.24 | 478.43 |

#### Earnings

| Description | Dates | Hours |
|---|---|---|
| Bonus General | | |
| Paid Time Off | | |
| Regular Hourly | 09/07/2020 - 09/20/2020 | 31.59 |
| Reporting Time | | |
| Retro Regular Pay | | |
| Salary Unpaid Time Off | 09/07/2020 - 09/20/2020 | 8.00 |
| Shift Premium | | |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 30.26 | 423.66 |
| Medicare | 7.08 | 99.08 |
| Federal Withholding | 0.00 | 51.15 |
| State Tax - NJ | 3.92 | 41.60 |
| SUI-Employee Paid - NJ | 1.87 | 26.14 |
| NJ FLI - NJFLI | 0.78 | 10.93 |
| NJ TDF - NJTDB | 1.27 | 17.78 |
| NJ WFD - NJWDF | 0.21 | 2.90 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K % | 34.17 | 478.43 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 21.66 | 433.20 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| PTO Hours Available for use as Sick Time (please ignore the YTD value) | 16.75 | 573.50 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 488.08 | 6,833.24 |
| Medicare - Taxable Wages | 488.08 | 6,833.24 |
| Federal Withholding - Taxable Wages | 453.91 | 6,354.81 |

#### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |

| | | |
|---|---|---|
| Allowances | 5 | 5 |
| Additional Withholding | 0 | |

### *Absence Plan(s)*

| Description | Accrued | Reduced |
|---|---|---|
| WFM US Service Hours Time Off Plan | 31.59 | 0.00 |

### *Payment Information*

| Bank | Account Name | Account Number |
|---|---|---|
| wells frgo | Well Fargo | ******6775 |

| Pay Period End | Check Date | Check Number |
|---|---|---|
| 09/20/2020 | 09/25/2020 | |

| Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|
| 45.39 | 21.66 | 386.86 |
| 673.24 | 433.20 | 5,248.37 |

| Rate | Amount | YTD |
|---|---|---|
| | | 250.00 |
| | | 357.20 |
| 15.45 | 488.08 | 5,908.79 |
| | | 30.30 |
| | | 62.73 |
| 0.00 | 0.00 | |
| | | 224.22 |

**Available**

3,752.66

| Amount in Pay Group Currency | Pay Group Currency |
|---|---|
| 386.86 | USD |