LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450
Attorneys for Debtor Richard K. Biela

|  |  |
|---|---|
| In re:<br><br>RICHARD K. BIELA,<br><br>　　　　Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 18-20646 (RG) |

## NOTICE OF WITHDRAWAL OF DOCUMENT
### [CHAPTER 13 PLAN - DOCKET NO. 90]

PLEASE TAKE NOTICE that Debtor Richard K. Biela, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Chapter 13 Plan* [Docket No. 90], which was filed on February 26, 2021.

Dated:  March 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF DARIN D. PINTO, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Darin D. Pinto
　　　　　　　　　　　　　　　　　　　　　　　　Darin D. Pinto, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　376 South Avenue East
　　　　　　　　　　　　　　　　　　　　　　　　Westfield, New Jersey 07090
　　　　　　　　　　　　　　　　　　　　　　　　(908) 317-9405
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor Richard K. Biela