|  |  |  |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
| In Re:<br><br>RICHARD K. BIELA,<br><br>Debtor. | Case No.:<br><br>Chapter:<br><br>Judge: | 18-20646<br><br>13<br><br>RG |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], __Richard K. Biela_____, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on __November 19, 2018__.

2) I was current with plan payments through __July 2020__.

3) I was current with post-petition mortgage payments through __January 2020__ on property located at __901 Stuyvesant Avenue, Unit 211, Union, New Jersey 07083__.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☒ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at __901 Stuyvesant Avenue, Unit 211, Union, New Jersey 07083__.

      ⦿ YES  ○ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ⦿ YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at __901 Stuyvesant Avenue, Unit 211, Union, New Jersey 07083__.

      ⦿ YES  ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.

      ⦿ YES  ○ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s). [If not applicable, skip]
_____.

6) The change in my household income previously reported on Schedule I is $ 5,550.00 .
My current household income is $ 3,952.00 . I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
My current total household expenses are now $ 3,153.00 .

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> Due to COVID-19, my salary with my primary employer St. Peter's University has been reduced 3.5% as of October 1, 2020 due to COVID-19 related restrictions. Prior to October 2020, my salary was cut 5% in June and July 2020 due to the same reasons. In addition, I lost significant hours from my part-time employer Whole Foods - also as a result of COVID restrictions. Further and also due to COVID, I am no longer working as an Uber and Lyft Driver - which also supplemented my monthly income.
>
> As a result, this hardship has caused me to fall behind on my Trustee payments. A Modified Ch 13 Plan with a COVID 19 extension to the length of the Plan will help me significantly.
>
> ***DEBTOR'S ST. PETERS' NOVEMBER 1, 2020 THROUGH JANUARY 30, 2021 PAYSTUBS WERE PREVIOUSLY UPLOADED TO 13DOCS - PAYSTUB FOR FEBRUARY 2021 IS ATTACHED.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 26, 2021                    /s/ Richard K. Biela
                                            Debtor's Signature

Dated: _____               _____
                                            Debtor's Signature

new.12/2020

| DEPT. NO. | EMPLOYEE NO. | | PAY PERIOD | | | |
|---|---|---|---|---|---|---|
| ITXX | 0072265 | ###-##-3990 | 28 Feb 2021 | | | |

101647

| CURRENT EARNINGS | | TAXES WITHHELD | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| TYPE HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| REG | 4,081.35 | FWTS | 201.44 | 402.88 | Blue Epo Single 125 | 132.33 | 264.66 |
| | | MEDI | 57.10 | 114.20 | Delta Dental Single Yes | 11.30 | 22.60 |
| | | FICA | 244.14 | 488.28 | | | |
| | | FLI | 11.43 | 22.86 | | | |
| | | NJSA | 86.46 | 172.92 | | | |
| | | SUI | 15.61 | 31.22 | | | |
| | | SWD | 1.73 | 3.46 | | | |
| | | SDI | 19.18 | 38.36 | | | |

DEPOSITS ACCOUNT NO. AMOUNT

| | GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 4,081.35 | 637.09 | 143.63 | 3,300.63 | | | | | | |
| Y.T.D. | 8,162.70 | 1,274.18 | 287.26 | 6,601.26 | 140.00 | 94.00 | 56.00 | 70.00 | 35.00 | 81.50 |

Saint Peter's University
2641 Kennedy Blvd.
Jersey City, NJ 07306

02/12/21   101647

PAY THIS AMOUNT
3,300.63

Pay Amount - Spelled Out   THREE THOUSAND THREE HUNDRED AND 63/100***************

NON-NEGOTIABLE
VIEW ONLY

PAY TO THE ORDER OF   Richard Biela
901 Stuyvesant Ave 211
Union NJ 07083