LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450
Attorneys for Debtor Richard K. Biela

| | |
|---|---|
| In re:<br><br>RICHARD K. BIELA,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 18-20646 (RG) |

## NOTICE OF WITHDRAWAL OF DOCUMENT
## [CERTIFICATION OF DEBTOR IN SUPPORT OF
## COVID-19 CH 13 PLAN MODIFICATION - DOCKET NO. 95]

PLEASE TAKE NOTICE that Debtor Richard K. Biela, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Certification of Debtor in Support of COVID-19 Ch 13 Plan Modification* [Docket No. 95], which was filed on March 1, 2021.

Dated: March 30, 2021

LAW OFFICES OF DARIN D. PINTO, P.C.

/s/ Darin D. Pinto
Darin D. Pinto, Esq.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtor Richard K. Biela