Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–20646–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard K Biela
   901 Stuyvesant Ave Apt 211
   Union, NJ 07083

Social Security No.:
   xxx–xx–3990

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 19, 2018.

On 3/30/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: April 7, 2021
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 30, 2021
JAN: lc

                                                                                Jeanne Naughton
                                                                                 Clerk