Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−20646−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard K Biela
   901 Stuyvesant Ave Apt 211
   Union, NJ 07083

Social Security No.:
   xxx−xx−3990

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 19, 2018.

On 3/30/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: May 19, 2021
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 30, 2021
JAN: lc

                                                             Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-20646-RG
Richard K Biela                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2
Date Rcvd: Mar 30, 2021      Form ID: 185          Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard K Biela, 901 Stuyvesant Ave Apt 211, Union, NJ 07083-6957 |
| 517611904 | + | Aspire Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517553335 | + | Comenity Capital Bank/Ultamate Renewal, PO Box 182120, Columbus, OH 43218-2120 |
| 517553337 | | EMA - Union Emegency Medical Associates, PO Box 5845, Parsippany, NJ 07054-6845 |
| 517658727 | | EMERGENCY PHYSICIAN ASSOC NORTH JERSEY, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517553338 | | Healthcare Revenue Recovery Group LLC, PO Box 459080, Sunrise, FL 33345-9080 |
| 517553339 | + | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517679292 | + | INVESTOR BANK, PO BOX 11661, NEWARK, NJ 07101-4661 |
| 517553341 | + | Investors Bank, 101 Wood Avenue, South Iselin, NJ 08830-2749 |
| 517553342 | + | Maria E. Dutto, 452-A Roxbury Lane, Monroe Township, NJ 08831-1808 |
| 517553343 | | NJ Housing & Mortgage Financing Agency, 637 S. Clinton Avenue, PO Box 18550, Trenton, NJ 08650-2085 |
| 517553344 | | Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |
| 517553345 | + | Phoenix Appraisals, PO Box 332, Howell, NJ 07731-0332 |
| 517553346 | | TD Bank NA, PO Box 16027, Lewiston, ME 04243-9513 |
| 517553347 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 517553348 | + | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517624175 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2021 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2021 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 22:07:38 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517553334 | + | Email/Text: smacknowski@msscuso.com | Mar 30 2021 21:04:00 | Aspire FCU, 67 Walnut Avenue, Suite 401, Clark, NJ 07066-1696 |
| 517553340 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2021 21:03:00 | Internal Revenue Service, 200 Sheffield St., Mountainside, NJ 07092 |
| 517554021 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 22:07:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517646352 | | Email/Text: bankruptcy@td.com | Mar 30 2021 21:03:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 517681671 | + | Email/Text: bncmail@w-legal.com | Mar 30 2021 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & |

|  |  |  |  | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|---|
| 517553349 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2021 21:02:00 | | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517553336 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Darin D Pinto
        on behalf of Debtor Richard K Biela dpintolaw@comcast.net

Denise E. Carlon
        on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jill Manzo
        on behalf of Creditor INVESTORS BANK bankruptcy@fskslaw.com

Kevin Gordon McDonald
        on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Richard James Tracy, III
        on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com,
        tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7