DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090


Re:  RICHARD K BIELA                          Atty:  DARIN D. PINTO, ESQ.
     901 STUYVESANT AVE                               376 SOUTH AVENUE EAST
     APT 211                                          WESTFIELD, NJ  07090
     UNION,  NJ  07083


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-20646

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $52,250.00**

## RECEIPTS AS OF 01/14/2022        (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/11/2018 | $450.00 | 17741262718 | 07/02/2018 | $450.00 | 5026750000 |
| 08/02/2018 | $450.00 | 5119943000 | 09/05/2018 | $450.00 | 5209491000 |
| 10/02/2018 | $900.00 | 5279903000 | 11/16/2018 | $900.00 | 5395182000 |
| 12/17/2018 | $900.00 | 5470255000 | 01/16/2019 | $900.00 | 5546659000 |
| 02/19/2019 | $900.00 | 5627327000 | 03/18/2019 | $900.00 | 5706845000 |
| 04/16/2019 | $900.00 | 5787335000 | 05/16/2019 | $900.00 | 5863833000 |
| 06/17/2019 | $900.00 | 5938237000 | 07/16/2019 | $900.00 | 6019216000 |
| 09/16/2019 | $900.00 | 6175938000 | 10/16/2019 | $900.00 | 6255486000 |
| 11/18/2019 | $900.00 | 6334896000 | 12/16/2019 | $900.00 | 6406142000 |
| 01/16/2020 | $900.00 | 6486341000 | 02/18/2020 | $900.00 | 6563202000 |
| 03/16/2020 | $900.00 | 6639795000 | 04/16/2020 | $900.00 | 6713978000 |
| 05/21/2020 | $900.00 | 6805001000 | 06/16/2020 | $900.00 | 6869671000 |
| 07/16/2020 | $900.00 | 6943820000 | 08/17/2020 | $900.00 | 7014439000 |
| 10/16/2020 | $900.00 | 7161923000 | 11/16/2020 | $400.00 | 7233828000 |
| 12/15/2020 | $400.00 | 7307448000 | 01/19/2021 | $400.00 | 7385362000 |
| 02/12/2021 | $775.00 | 7450783000 | 03/16/2021 | $775.00 | 7527566000 |
| 04/16/2021 | $540.00 | 7603706000 | 05/17/2021 | $540.00 | 7673807000 |
| 06/16/2021 | $540.00 | 7745825000 | 07/16/2021 | $540.00 | 7814396000 |
| 08/17/2021 | $540.00 | 7884671000 | 09/16/2021 | $540.00 | 7951620000 |
| 10/18/2021 | $540.00 | 8019069000 | 11/16/2021 | $540.00 | 8086072000 |
| 12/16/2021 | $540.00 | 8151145000 | | | |

**Total Receipts: $30,110.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $30,110.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022        (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| INVESTORS BANK | | | | | | | |
| | 12/17/2018 | $1,141.69 | 815,855 | | 02/11/2019 | $579.58 | 819,679 |
| | 03/18/2019 | $579.58 | 821,653 | | 04/15/2019 | $579.59 | 823,675 |
| | 05/20/2019 | $1,159.17 | 825,654 | | 06/17/2019 | $590.03 | 827,658 |
| | 08/19/2019 | $1,180.07 | 831,494 | | 10/21/2019 | $605.40 | 835,537 |
| | 11/18/2019 | $582.66 | 837,611 | | 01/13/2020 | $582.66 | 841,411 |
| | 02/10/2020 | $582.66 | 843,299 | | 03/16/2020 | $582.66 | 845,217 |
| | 04/20/2020 | $1,165.31 | 847,156 | | 05/18/2020 | $553.16 | 849,028 |
| | 07/20/2020 | $1,121.68 | 852,530 | | 08/17/2020 | $568.52 | 854,391 |
| | 09/21/2020 | $568.52 | 856,218 | | 11/16/2020 | $568.52 | 859,881 |
| | 12/21/2020 | $252.68 | 861,706 | | 02/22/2021 | $49.17 | 865,200 |
| | 03/15/2021 | $261.47 | 867,016 | | 04/19/2021 | $261.47 | 868,733 |
| | 05/17/2021 | $113.02 | 870,626 | | 06/21/2021 | $98.36 | 872,430 |
| | 07/19/2021 | $98.36 | 874,216 | | 08/16/2021 | $98.36 | 875,902 |
| | 09/20/2021 | $98.36 | 877,647 | | 10/18/2021 | $98.36 | 879,404 |
| | 01/10/2022 | $13.60 | 884,393 | | | | |
| TD BANK NA | | | | | | | |
| | 04/19/2021 | $1,336.00 | 869,408 | | 05/17/2021 | $334.00 | 871,210 |
| | 06/21/2021 | $334.00 | 873,065 | | 07/19/2021 | $334.00 | 874,783 |
| | 08/16/2021 | $334.00 | 876,503 | | 09/20/2021 | $334.00 | 878,279 |
| | 10/18/2021 | $334.00 | 880,008 | | 12/13/2021 | $513.00 | 883,326 |
| | 01/10/2022 | $489.00 | 884,976 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 12/17/2018 | $530.11 | 0 | | 02/11/2019 | $269.12 | 8,000,931 |
| | 03/18/2019 | $269.12 | 8,000,977 | | 04/15/2019 | $269.11 | 8,001,022 |
| | 05/20/2019 | $538.23 | 8,001,066 | | 06/17/2019 | $273.97 | 8,001,111 |
| | 08/19/2019 | $547.93 | 8,001,194 | | 10/21/2019 | $281.10 | 8,001,281 |
| | 11/18/2019 | $270.54 | 8,001,323 | | 01/13/2020 | $270.54 | 8,001,404 |
| | 02/10/2020 | $270.54 | 8,001,441 | | 03/16/2020 | $270.54 | 8,001,481 |
| | 04/20/2020 | $541.09 | 8,001,529 | | 05/18/2020 | $256.84 | 8,001,590 |
| | 07/20/2020 | $520.82 | 8,001,710 | | 08/17/2020 | $263.98 | 8,001,769 |
| | 09/21/2020 | $263.98 | 8,001,832 | | 11/16/2020 | $263.98 | 8,001,946 |
| | 12/21/2020 | $117.32 | 8,002,005 | | 02/22/2021 | $22.83 | 8,002,118 |
| | 03/15/2021 | $121.41 | 8,002,170 | | 04/19/2021 | $121.41 | 8,002,224 |
| | 05/17/2021 | $52.48 | 8,002,272 | | 06/21/2021 | $75.24 | 8,002,325 |
| | 07/19/2021 | $75.24 | 8,002,377 | | 08/16/2021 | $75.24 | 8,002,427 |
| | 09/20/2021 | $75.24 | 8,002,474 | | 10/18/2021 | $75.24 | 8,002,522 |
| | 01/10/2022 | $10.40 | 8,002,677 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,776.74 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,750.00 | 100.00% | 1,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 1,418.36 | * | 0.00 | |
| 0005 | EMA - UNION EMEGENCY MEDICAL ASSO | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | HEALTHCARE REVENUE RECOVERY GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | UNITED STATES TREASURY/IRS | UNSECURED | 11,132.60 | * | 0.00 | |
| 0009 | INVESTORS BANK | MORTGAGE ARRE | 17,136.74 | 100.00% | 14,734.67 | |
| 0011 | NJ HOUSING & MORTGAGE FINANCING A | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PHOENIX APPRAISALS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TD BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | TD BANK USA NA | UNSECURED | 522.77 | * | 0.00 | |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-20646**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0022 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | PRIORITY | 1,418.20 | 100.00% | 0.00 | |
| 0024 | NJ HOUSING & MORTGAGE FINANCING A | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | SECURED | 8,831.12 | 100.00% | 6,993.59 | |
| 0026 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 1,570.00 | * | 0.00 | |
| 0027 | TD BANK NA | (NEW) MTG Agree | 8,484.00 | 100.00% | 4,342.00 | |

**Total Paid: $29,597.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $30,110.00      -    Paid to Claims: $26,070.26      -    Admin Costs Paid: $3,526.74    =    Funds on Hand: $513.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.