B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

**District Of** New Jersey

In re Richard K Biela,    Case No. 18-20646-RG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Citizens Bank, N.A.
**Name of Transferee**

Investors Bank
**Name of Transferor**

Name and Address where notices to transferee should be sent:
Citizens Bank, N.A.
P.O. 6260
Glen Allen, Virginia  23058-6260

Court Claim # (if known): 6-1
Amount of Claim: $148,958.31
Date Claim Filed: 08/01/2018

Phone: (800) 234-6002
Last Four Digits of Acct #: 7869

Phone: 
Last Four Digits of Acct. #: 9217

Name and Address where transferee payments should be sent (if different from above):
Citizens Bank, N.A.
P.O. 2800
Glen Allen, Virginia 23058-6260

Phone: (800) 234-6002
Last Four Digits of Acct #: 7869

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew M. Lubin    Date: 10/31/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>McCABE, WEISBERG & CONWAY, LLC<br>By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Citizens Bank, N.A. | |
| IN re:<br><br>Richard K Biela<br>     Debtor | Case No.: 18-20646-RG<br>Chapter: 13<br>Judge: Rosemary Gamberdella |

## CERTIFICATION OF SERVICE

1. I, <u>Alice Ray</u>:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for <u>Andrew M. Lubin, Esq.</u>, who represents the <u>Movant</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>October 31, 2022</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Transfer of Claim
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   <u>October 23, 2022</u>                       <u>/s/ Alice Ray</u><br>
                                                                                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard K Biela<br>901 Stuyvesant Ave Apt 211<br>Union, New Jersey 07083 | Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Darin D Pinto<br>Law Offices of Darin D. Pinto, P.C.<br>376 South Avenue East<br>Westfield, New Jersey 07090 | Attorney for Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004-1550 | Chapter 13 Trustee | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/16*