| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br><br>By: Andrew M. Lubin, Esq. (Atty. I.D.#ALO814)<br><br>216 Haddon Avenue, Suite 201<br><br>Westmont, NJ 08108<br><br>856-858-7080<br><br>Attorneys for Movant: Citizens Bank, N.A.. | |
| In Re:<br><br><br>Richard K Biela<br>　　　　Debtor | Case No.: 18-20646-RG<br><br>Chapter: 13<br><br>Hearing Date: December 6, 2023<br><br>Time: 10:00 a.m.<br><br>Judge: Rosemary Gambardella |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

　　　　　　　　　　⊠ Settled　　　❑ Withdrawn

Matter: <u>Motion For Relief From Stay, OTBS</u>

Date: <u>December 4, 2023</u>　　　　　　　　　　/s/ Andrew M. Lubin
　　　　　　　　　　　　　　　　　　　　　　Signature

*rev.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br><br>By: Andrew M. Lubin, Esq. (Atty. I.D.#ALO814)<br><br>216 Haddon Avenue, Suite 201<br><br>Westmont, NJ 08108<br><br>856-858-7080<br><br>Attorneys for Movan: Citizens Bank, N.A.. | |
| IN re:<br><br><br><br>Richard K Biela<br><br>　　　Debtor | Case No.: 18-20646-RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Alice Ray:

    ☐ represent the Movant in the above-captioned matter.

    ☒ am the secretary/paralegal for Andrew M. Lubin, Esq., who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 4, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Status Change Form

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 4, 2023 　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Alice Ray
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard K Biela<br>901 Stuyvesant Ave Apt 211<br>Union, NJ 07083 | Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Darin D Pinto<br>Law Offices of Darin D. Pinto, P.C.<br>376 South Avenue East<br>Westfield, NJ 07090 | Attorney for Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*