LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9450
Attorneys for Debtor Richard K. Biela

| | |
|---|---|
| In re:<br><br>RICHARD K. BIELA,<br><br>       Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 18-20646 (RG) |

## NOTICE OF WITHDRAWAL OF DOCUMENT
## [APPLICATION FOR COMPENSATION FOR DARIN D. PINTO (DOCKET NO. 136)]

PLEASE TAKE NOTICE that Debtor Richard K. Biela, by and through his undersigned

counsel, hereby withdraws, without prejudice, the Application for Compensation for Darin D.

Pinto [Docket No. 136], which was filed on December 13, 2023.

Dated: December 13, 2023

LAW OFFICES OF DARIN D. PINTO, P.C.


_____/s/ Darin D. Pinto_____
Darin D. Pinto, Esq.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtor Richard K. Biela