UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
Richard K. Biela

Order Filed on December 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD K. BIELA,

Debtor.

Case No.: 18-20646

Chapter: 13

Judge: RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED:** December 21, 2023

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Darin D. Pinto_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-20646-RG
Richard K Biela                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Dec 21, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard K Biela, 901 Stuyvesant Ave Apt 211, Union, NJ 07083-6957 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor INVESTORS BANK nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Citizens Bank N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Darin D Pinto | on behalf of Debtor Richard K Biela dpintolaw@comcast.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 21, 2023 | Form ID: pdf903 | Total Noticed: 1

R. A. Lebron
    on behalf of Creditor INVESTORS BANK bankruptcy@fskslaw.com

Richard James Tracy, III
    on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com,
    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9