DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090


Re:   RICHARD K BIELA                                    Atty:   DARIN D. PINTO, ESQ.
      901 STUYVESANT AVE                                         376 SOUTH AVENUE EAST
      APT 211                                                    WESTFIELD, NJ  07090
      UNION, NJ  07083


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 18-20646

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $52,250.00**

## RECEIPTS AS OF 01/01/2024                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/11/2018 | $450.00 | 17741262718 | 07/02/2018 | $450.00 | 5026750000 |
| 08/02/2018 | $450.00 | 5119943000 | 09/05/2018 | $450.00 | 5209491000 |
| 10/02/2018 | $900.00 | 5279903000 | 11/16/2018 | $900.00 | 5395182000 |
| 12/17/2018 | $900.00 | 5470255000 | 01/16/2019 | $900.00 | 5546659000 |
| 02/19/2019 | $900.00 | 5627327000 | 03/18/2019 | $900.00 | 5706845000 |
| 04/16/2019 | $900.00 | 5787335000 | 05/16/2019 | $900.00 | 5863833000 |
| 06/17/2019 | $900.00 | 5938237000 | 07/16/2019 | $900.00 | 6019216000 |
| 09/16/2019 | $900.00 | 6175938000 | 10/16/2019 | $900.00 | 6255486000 |
| 11/18/2019 | $900.00 | 6334896000 | 12/16/2019 | $900.00 | 6406142000 |
| 01/16/2020 | $900.00 | 6486341000 | 02/18/2020 | $900.00 | 6563202000 |
| 03/16/2020 | $900.00 | 6639795000 | 04/16/2020 | $900.00 | 6713978000 |
| 05/21/2020 | $900.00 | 6805001000 | 06/16/2020 | $900.00 | 6869671000 |
| 07/16/2020 | $900.00 | 6943820000 | 08/17/2020 | $900.00 | 7014439000 |
| 10/16/2020 | $900.00 | 7161923000 | 11/16/2020 | $400.00 | 7233828000 |
| 12/15/2020 | $400.00 | 7307448000 | 01/19/2021 | $400.00 | 7385362000 |
| 02/12/2021 | $775.00 | 7450783000 | 03/16/2021 | $775.00 | 7527566000 |
| 04/16/2021 | $540.00 | 7603706000 | 05/17/2021 | $540.00 | 7673807000 |
| 06/16/2021 | $540.00 | 7745825000 | 07/16/2021 | $540.00 | 7814396000 |
| 08/17/2021 | $540.00 | 7884671000 | 09/16/2021 | $540.00 | 7951620000 |
| 10/18/2021 | $540.00 | 8019069000 | 11/16/2021 | $540.00 | 8086072000 |
| 12/16/2021 | $540.00 | 8151145000 | 01/18/2022 | $540.00 | 8213686000 |
| 02/16/2022 | $540.00 | 8279170000 | 03/17/2022 | $540.00 | 8345226000 |
| 04/18/2022 | $540.00 | 8408510000 | 05/16/2022 | $540.00 | 8467237000 |
| 06/16/2022 | $540.00 | 8532191000 | 08/15/2022 | $740.00 | 8650736000 |
| 09/16/2022 | $540.00 | 8711209000 | 10/17/2022 | $540.00 | 8769560000 |
| 11/16/2022 | $540.00 | 8829585000 | 12/19/2022 | $540.00 | 8887606000 |
| 01/17/2023 | $540.00 | 8940144000 | 02/17/2023 | $540.00 | 9002937000 |
| 03/16/2023 | $540.00 | 9058234000 | 04/17/2023 | $540.00 | 9116052000 |

**Chapter 13 Case # 18-20646**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/16/2023 | $540.00 | 9170019000 | 06/16/2023 | $540.00 | 9224159000 |
| 07/17/2023 | $540.00 | 9279346000 | 08/15/2023 | $540.00 | 9328946000 |
| 09/18/2023 | $540.00 | 9383143000 | 10/16/2023 | $540.00 | 9432807000 |
| 11/16/2023 | $540.00 | 9486514000 | 12/18/2023 | $540.00 | 9535907000 |

**Total Receipts: $42,730.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $42,730.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AFFINITY FEDERAL CREDIT UNION | | | | | | |
| | 09/18/2023 | $63.01 | 916,101 | 10/04/2023 | ($63.01) | 916,101 |
| ASPIRE FEDERAL CREDIT UNION | | | | | | |
| | 10/16/2023 | $63.01 | 917,305 | 11/13/2023 | $48.90 | 918,733 |
| CITIZENS BANK NA | | | | | | |
| | 01/09/2023 | $10.54 | 903,594 | 02/13/2023 | $213.20 | 905,097 |
| | 03/13/2023 | $289.12 | 906,716 | 04/17/2023 | $578.25 | 908,282 |
| | 06/12/2023 | $261.31 | 911,377 | 12/11/2023 | $496.81 | 920,259 |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | |
| | 09/18/2023 | $69.74 | 915,753 | 11/13/2023 | $54.13 | 918,692 |
| INVESTORS BANK | | | | | | |
| | 12/17/2018 | $1,141.69 | 815,855 | 02/11/2019 | $579.58 | 819,679 |
| | 03/18/2019 | $579.58 | 821,653 | 04/15/2019 | $579.59 | 823,675 |
| | 05/20/2019 | $1,159.17 | 825,654 | 06/17/2019 | $590.03 | 827,658 |
| | 08/19/2019 | $1,180.07 | 831,494 | 10/21/2019 | $605.40 | 835,537 |
| | 11/18/2019 | $582.66 | 837,611 | 01/13/2020 | $582.66 | 841,411 |
| | 02/10/2020 | $582.66 | 843,299 | 03/16/2020 | $582.66 | 845,217 |
| | 04/20/2020 | $1,165.31 | 847,156 | 05/18/2020 | $553.16 | 849,028 |
| | 07/20/2020 | $1,121.68 | 852,530 | 08/17/2020 | $568.52 | 854,391 |
| | 09/21/2020 | $568.52 | 856,218 | 11/16/2020 | $568.52 | 859,881 |
| | 12/21/2020 | $252.68 | 861,706 | 02/22/2021 | $49.17 | 865,200 |
| | 03/15/2021 | $261.47 | 867,016 | 04/19/2021 | $261.47 | 868,733 |
| | 05/17/2021 | $113.02 | 870,626 | 06/21/2021 | $98.36 | 872,430 |
| | 07/19/2021 | $98.36 | 874,216 | 08/16/2021 | $98.36 | 875,902 |
| | 09/20/2021 | $98.36 | 877,647 | 10/18/2021 | $98.36 | 879,404 |
| | 01/10/2022 | $13.60 | 884,393 | 02/14/2022 | $101.42 | 886,091 |
| | 03/14/2022 | $101.42 | 887,797 | 04/18/2022 | $396.66 | 889,530 |
| | 06/20/2022 | $212.01 | 892,916 | 07/18/2022 | $106.01 | 894,606 |
| | 09/19/2022 | $26.12 | 897,801 | 10/17/2022 | $106.01 | 899,450 |
| TD BANK NA | | | | | | |
| | 04/19/2021 | $1,336.00 | 869,408 | 05/17/2021 | $334.00 | 871,210 |
| | 06/21/2021 | $334.00 | 873,065 | 07/19/2021 | $334.00 | 874,783 |
| | 08/16/2021 | $334.00 | 876,503 | 09/20/2021 | $334.00 | 878,279 |
| | 10/18/2021 | $334.00 | 880,008 | 12/13/2021 | $513.00 | 883,326 |
| | 01/10/2022 | $489.00 | 884,976 | 02/14/2022 | $334.00 | 886,699 |
| | 03/14/2022 | $334.00 | 888,374 | 04/18/2022 | $334.00 | 890,144 |
| | 06/20/2022 | $668.00 | 893,537 | 07/18/2022 | $334.00 | 895,163 |
| | 09/19/2022 | $668.00 | 898,383 | 10/17/2022 | $334.00 | 900,003 |
| | 12/12/2022 | $510.30 | 903,107 | 01/09/2023 | $491.70 | 904,601 |
| | 02/13/2023 | $134.00 | 906,167 | | | |
| TD BANK USA NA | | | | | | |
| | 09/18/2023 | $23.22 | 916,956 | 11/13/2023 | $18.02 | 919,832 |

**Chapter 13 Case # 18-20646**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 12/17/2018 | $530.11 | 0 | 02/11/2019 | $269.12 | 8,000,931 |
| | 03/18/2019 | $269.12 | 8,000,977 | 04/15/2019 | $269.11 | 8,001,022 |
| | 05/20/2019 | $538.23 | 8,001,066 | 06/17/2019 | $273.97 | 8,001,111 |
| | 08/19/2019 | $547.93 | 8,001,194 | 10/21/2019 | $281.10 | 8,001,281 |
| | 11/18/2019 | $270.54 | 8,001,323 | 01/13/2020 | $270.54 | 8,001,404 |
| | 02/10/2020 | $270.54 | 8,001,441 | 03/16/2020 | $270.54 | 8,001,481 |
| | 04/20/2020 | $541.09 | 8,001,529 | 05/18/2020 | $256.84 | 8,001,590 |
| | 07/20/2020 | $520.82 | 8,001,710 | 08/17/2020 | $263.98 | 8,001,769 |
| | 09/21/2020 | $263.98 | 8,001,832 | 11/16/2020 | $263.98 | 8,001,946 |
| | 12/21/2020 | $117.32 | 8,002,005 | 02/22/2021 | $22.83 | 8,002,118 |
| | 03/15/2021 | $121.41 | 8,002,170 | 04/19/2021 | $121.41 | 8,002,224 |
| | 05/17/2021 | $52.48 | 8,002,272 | 06/21/2021 | $75.24 | 8,002,325 |
| | 07/19/2021 | $75.24 | 8,002,377 | 08/16/2021 | $75.24 | 8,002,427 |
| | 09/20/2021 | $75.24 | 8,002,474 | 10/18/2021 | $75.24 | 8,002,522 |
| | 01/10/2022 | $10.40 | 8,002,677 | 02/14/2022 | $77.58 | 8,002,731 |
| | 03/14/2022 | $77.58 | 8,002,783 | 04/18/2022 | $303.44 | 8,002,837 |
| | 06/20/2022 | $162.19 | 8,002,942 | 07/18/2022 | $81.09 | 8,002,992 |
| | 09/19/2022 | $19.98 | 8,003,095 | 10/17/2022 | $81.09 | 8,003,145 |
| | 01/09/2023 | $8.06 | 8,003,303 | 02/13/2023 | $163.10 | 8,003,361 |
| | 03/13/2023 | $221.18 | 8,003,412 | 04/17/2023 | $442.35 | 8,003,467 |
| | 06/12/2023 | $49.10 | 8,003,577 | 06/12/2023 | $199.89 | 8,003,577 |
| | 07/17/2023 | $1,009.80 | 8,003,634 | 09/18/2023 | $359.30 | 8,003,748 |
| | 09/18/2023 | $494.53 | 8,003,748 | 11/13/2023 | $383.84 | 8,003,857 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,464.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,550.00 | 100.00% | 2,246.80 | 303.20 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ASPIRE FEDERAL CREDIT UNION | UNSECURED | 1,418.36 | * | 111.91 | |
| 0005 | EMA - UNION EMEGENCY MEDICAL ASSO | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | HEALTHCARE REVENUE RECOVERY GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | UNITED STATES TREASURY/IRS | UNSECURED | 11,132.60 | * | 878.37 | |
| 0009 | CITIZENS BANK NA | MORTGAGE ARRE | 17,136.74 | 100.00% | 17,136.74 | |
| 0011 | NJ HOUSING & MORTGAGE FINANCING A | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PHOENIX APPRAISALS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TD BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | TD BANK USA NA | UNSECURED | 522.77 | * | 41.24 | |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | PRIORITY | 1,418.20 | 100.00% | 1,418.20 | |
| 0024 | NJ HOUSING & MORTGAGE FINANCING A | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | SECURED | 8,831.12 | 100.00% | 8,831.12 | |
| 0026 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 1,570.00 | * | 123.87 | |
| 0027 | TD BANK NA | (NEW) MTG Agree | 8,484.00 | 100.00% | 8,484.00 | |
| 0028 | CITIZENS BANK NA | (NEW) MTG Agree | 8,934.68 | 100.00% | 496.81 | |

**Total Paid: $42,233.20**
See Summary

**Chapter 13 Case # 18-20646**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $42,730.00    -    Paid to Claims: $37,522.26    -    Admin Costs Paid: $4,710.94    =    Funds on Hand: $496.80

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.