Louis Costanzo <louiscostanzo.dpintolaw@gmail.com>

## Re: U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Richard K Biela, Case Number: 18-20646, RG, Ref: [p-206867753]

**From:** USBankruptcyCourts@noticingcenter.com
**Date:** January 20, 2024 at 9:33:00 AM EST
**To:** dpintolaw@comcast.net
**Subject: U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Richard K Biela, Case Number: 18-20646, RG, Ref: [p-206867753]**

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 21, 2024

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Richard K Biela, Case Number 18-20646, RG

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
MLK Jr Federal Building**

50 Walnut Street
Newark, NJ 07102

Undeliverable Address:
Diversified Consultants, Inc.
PO Box 1391
Southgate, MI 48195-0391

Role type/cr id: 517553336
Reason Undeliverable: P.O. BOX HAS CLOSED
THE UPDATED ADDRESS IS:

Diversified Consultants, Inc.
5120 Interchange Way, Louisville, KY 40229

Undeliverable Address:
EMA - Union Emegency Medical Associates
PO Box 5845
Parsippany, NJ 07054-6845

Role type/cr id: 517553337
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Undeliverable Address:
Maria E. Dutto
452-A Roxbury Lane
Monroe Township, NJ 08831

Role type/cr id: 517553342
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 901 STUYVESANT AVE APT 211, UNION NJ 07083-6957 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

/s/ Darin D. Pinto

Signature of Debtor or Debtor's Attorney

January 22, 2024

Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

<B_P21820646plncf130696.PDF>