Certificate Number: 12433-NJ-DE-039642691

Bankruptcy Case Number: 25-14137



12433-NJ-DE-039642691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 8, 2025</u>, at <u>8:00</u> o'clock <u>PM EDT</u>, <u>Glenis Rafaela Mirabal</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>May 8, 2025</u>　　　　　By:  <u>/s/Candace Jones</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Candace Jones</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>

DV DANIELS NJ 070
20 JUN 2025 PM 5 L

Glenis R. Purabal
75 Madison Ave
Paterson NJ 07524

U.S. Bankruptcy Court
50 Walnut St.
P.O. Box 1352
Newark NJ 07102

07101-135252