Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 7, 2025

**Chapter 13 Case # 18-20646**

Re:   RICHARD K BIELA          Atty:   DARIN D. PINTO, ESQ.
      901 STUYVESANT AVE               376 SOUTH AVENUE EAST
      APT 211                          WESTFIELD, NJ  07090
      UNION, NJ  07083

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $52,810.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/11/2018 | $450.00 | 17741262718 | 07/02/2018 | $450.00 | 5026750000 |
| 08/02/2018 | $450.00 | 5119943000 | 09/05/2018 | $450.00 | 5209491000 |
| 10/02/2018 | $900.00 | 5279903000 | 11/16/2018 | $900.00 | 5395182000 |
| 12/17/2018 | $900.00 | 5470255000 | 01/16/2019 | $900.00 | 5546659000 |
| 02/19/2019 | $900.00 | 5627327000 | 03/18/2019 | $900.00 | 5706845000 |
| 04/16/2019 | $900.00 | 5787335000 | 05/16/2019 | $900.00 | 5863833000 |
| 06/17/2019 | $900.00 | 5938237000 | 07/16/2019 | $900.00 | 6019216000 |
| 09/16/2019 | $900.00 | 6175938000 | 10/16/2019 | $900.00 | 6255486000 |
| 11/18/2019 | $900.00 | 6334896000 | 12/16/2019 | $900.00 | 6406142000 |
| 01/16/2020 | $900.00 | 6486341000 | 02/18/2020 | $900.00 | 6563202000 |
| 03/16/2020 | $900.00 | 6639795000 | 04/16/2020 | $900.00 | 6713978000 |
| 05/21/2020 | $900.00 | 6805001000 | 06/16/2020 | $900.00 | 6869671000 |
| 07/16/2020 | $900.00 | 6943820000 | 08/17/2020 | $900.00 | 7014439000 |
| 10/16/2020 | $900.00 | 7161923000 | 11/16/2020 | $400.00 | 7233828000 |
| 12/15/2020 | $400.00 | 7307448000 | 01/19/2021 | $400.00 | 7385362000 |
| 02/12/2021 | $775.00 | 7450783000 | 03/16/2021 | $775.00 | 7527566000 |
| 04/16/2021 | $540.00 | 7603706000 | 05/17/2021 | $540.00 | 7673807000 |
| 06/16/2021 | $540.00 | 7745825000 | 07/16/2021 | $540.00 | 7814396000 |
| 08/17/2021 | $540.00 | 7884671000 | 09/16/2021 | $540.00 | 7951620000 |
| 10/18/2021 | $540.00 | 8019069000 | 11/16/2021 | $540.00 | 8086072000 |
| 12/16/2021 | $540.00 | 8151145000 | 01/18/2022 | $540.00 | 8213686000 |
| 02/16/2022 | $540.00 | 8279170000 | 03/17/2022 | $540.00 | 8345226000 |
| 04/18/2022 | $540.00 | 8408510000 | 05/16/2022 | $540.00 | 8467237000 |
| 06/16/2022 | $540.00 | 8532191000 | 08/15/2022 | $740.00 | 8650736000 |
| 09/16/2022 | $540.00 | 8711209000 | 10/17/2022 | $540.00 | 8769560000 |
| 11/16/2022 | $540.00 | 8829585000 | 12/19/2022 | $540.00 | 8887606000 |
| 01/17/2023 | $540.00 | 8940144000 | 02/17/2023 | $540.00 | 9002937000 |
| 03/16/2023 | $540.00 | 9058234000 | 04/17/2023 | $540.00 | 9116052000 |
| 05/16/2023 | $540.00 | 9170019000 | 06/16/2023 | $540.00 | 9224159000 |

Case 18-20646-TBA    Doc 157    Filed 08/07/25    Entered 08/07/25 10:46:54    Desc Main
Document    Page 2 of 4

**Chapter 13 Case # 18-20646**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/17/2023 | $540.00 | 9279346000 | 08/15/2023 | $540.00 | 9328946000 |
| 09/18/2023 | $540.00 | 9383143000 | 10/16/2023 | $540.00 | 9432807000 |
| 11/16/2023 | $540.00 | 9486514000 | 12/18/2023 | $540.00 | 9535907000 |
| 01/16/2024 | $590.00 | 9581977000 | 02/16/2024 | $590.00 | 9636270000 |
| 03/15/2024 | $590.00 | 9685779000 | 04/16/2024 | $590.00 | 9737397000 |
| 05/16/2024 | $590.00 | 9785467000 | 06/17/2024 | $590.00 | 9833544000 |
| 07/31/2024 | $590.00 | 9905205000 | 08/30/2024 | $590.00 | 9952601000 |
| 10/01/2024 | $590.00 | 1000329900 | 10/31/2024 | $590.00 | 1004929500 |
| 12/02/2024 | $590.00 | 1009393500 | 12/31/2024 | $590.00 | 1014026900 |
| 01/31/2025 | $590.00 | 1018362900 | 03/05/2025 | $590.00 | I1MZGX29TK-Plan |
| 04/15/2025 | $590.00 | | 05/13/2025 | $590.00 | |
| 07/03/2025 | $639.84 | | 07/07/2025 | $0.16 | 2001000 |

**Total Receipts: $52,810.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $52,810.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,115.62 | |
| ATTY | ATTORNEY | ADMIN | 2,550.00 | 100.00% | 2,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ASPIRE FEDERAL CREDIT UNION | UNSECURED | 1,418.36 | * | 226.61 | |
| 0005 | EMA - UNION EMERGENCY/MEDICAL AS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | HEALTHCARE REVENUE RECOVERY GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | IC SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | UNITED STATES TREASURY/IRS | UNSECURED | 11,132.60 | * | 1,778.66 | |
| 0009 | CITIZENS BANK NA | MORTGAGE ARRE | 17,136.74 | 100.00% | 17,136.74 | |
| 0011 | NJ HOUSING & MORTGAGE FINANCING A | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PHOENIX APPRAISALS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | TD BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | TD BANK USA NA | UNSECURED | 522.77 | * | 83.53 | |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UNITED STATES TREASURY/IRS | PRIORITY | 1,418.20 | 100.00% | 1,418.20 | |
| 0024 | NJ HOUSING & MORTGAGE FINANCING A | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNITED STATES TREASURY/IRS | SECURED | 8,831.12 | 100.00% | 8,831.12 | |
| 0026 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 1,570.00 | * | 250.84 | |
| 0027 | TD BANK NA | (NEW) MTG Agree | 8,484.00 | 100.00% | 8,484.00 | |
| 0028 | CITIZENS BANK NA | (NEW) MTG Agree | 8,934.68 | 100.00% | 8,934.68 | |

**Total Paid: $52,810.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AFFINITY FEDERAL CREDIT UNION | | | | | | | |
| | 09/18/2023 | $63.01 | 916101 | | 10/04/2023 | ($63.01) | 916101 |
| ASPIRE FEDERAL CREDIT UNION | | | | | | | |
| | 10/16/2023 | $63.01 | 917305 | | 11/13/2023 | $48.90 | 918733 |
| | 06/16/2025 | $55.81 | 945734 | | 07/14/2025 | $58.89 | 947200 |

**Chapter 13 Case # 18-20646**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIZENS BANK NA | | | | | | | |
| | 01/09/2023 | $10.54 | 903594 | | 02/13/2023 | $213.20 | 905097 |
| | 03/13/2023 | $289.12 | 906716 | | 04/17/2023 | $578.25 | 908282 |
| | 06/12/2023 | $261.31 | 911377 | | 12/11/2023 | $496.81 | 920259 |
| | 02/12/2024 | $193.60 | 922985 | | 03/11/2024 | $542.80 | 924446 |
| | 04/15/2024 | $1,085.60 | 925863 | | 06/17/2024 | $1,085.60 | 928728 |
| | 08/19/2024 | $542.80 | 931616 | | 09/16/2024 | $560.50 | 933100 |
| | 10/21/2024 | $560.50 | 934455 | | 11/18/2024 | $554.60 | 935947 |
| | 12/16/2024 | $554.60 | 937325 | | 01/13/2025 | $554.60 | 938752 |
| | 02/10/2025 | $554.60 | 940140 | | 03/17/2025 | $554.60 | 941490 |
| | 04/14/2025 | $554.60 | 942962 | | 05/12/2025 | $538.87 | 944385 |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | | |
| | 09/18/2023 | $69.74 | 915753 | | 11/13/2023 | $54.13 | 918692 |
| | 06/16/2025 | $61.77 | 945716 | | 07/14/2025 | $65.20 | 947182 |
| INVESTORS BANK | | | | | | | |
| | 12/17/2018 | $1,141.69 | 815855 | | 02/11/2019 | $579.58 | 819679 |
| | 03/18/2019 | $579.58 | 821653 | | 04/15/2019 | $579.59 | 823675 |
| | 05/20/2019 | $1,159.17 | 825654 | | 06/17/2019 | $590.03 | 827658 |
| | 08/19/2019 | $1,180.07 | 831494 | | 10/21/2019 | $605.40 | 835537 |
| | 11/18/2019 | $582.66 | 837611 | | 01/13/2020 | $582.66 | 841411 |
| | 02/10/2020 | $582.66 | 843299 | | 03/16/2020 | $582.66 | 845217 |
| | 04/20/2020 | $1,165.31 | 847156 | | 05/18/2020 | $553.16 | 849028 |
| | 07/20/2020 | $1,121.68 | 852530 | | 08/17/2020 | $568.52 | 854391 |
| | 09/21/2020 | $568.52 | 856218 | | 11/16/2020 | $568.52 | 859881 |
| | 12/21/2020 | $252.68 | 861706 | | 02/22/2021 | $49.17 | 865200 |
| | 03/15/2021 | $261.47 | 867016 | | 04/19/2021 | $261.47 | 868733 |
| | 05/17/2021 | $113.02 | 870626 | | 06/21/2021 | $98.36 | 872430 |
| | 07/19/2021 | $98.36 | 874216 | | 08/16/2021 | $98.36 | 875902 |
| | 09/20/2021 | $98.36 | 877647 | | 10/18/2021 | $98.36 | 879404 |
| | 01/10/2022 | $13.60 | 884393 | | 02/14/2022 | $101.42 | 886091 |
| | 03/14/2022 | $101.42 | 887797 | | 04/18/2022 | $396.66 | 889530 |
| | 06/20/2022 | $212.01 | 892916 | | 07/18/2022 | $106.01 | 894606 |
| | 09/19/2022 | $26.12 | 897801 | | 10/17/2022 | $106.01 | 899450 |
| TD BANK NA | | | | | | | |
| | 04/19/2021 | $1,336.00 | 869408 | | 05/17/2021 | $334.00 | 871210 |
| | 06/21/2021 | $334.00 | 873065 | | 07/19/2021 | $334.00 | 874783 |
| | 08/16/2021 | $334.00 | 876503 | | 09/20/2021 | $334.00 | 878279 |
| | 10/18/2021 | $334.00 | 880008 | | 12/13/2021 | $513.00 | 883326 |
| | 01/10/2022 | $489.00 | 884976 | | 02/14/2022 | $334.00 | 886699 |
| | 03/14/2022 | $334.00 | 888374 | | 04/18/2022 | $334.00 | 890144 |
| | 06/20/2022 | $668.00 | 893537 | | 07/18/2022 | $334.00 | 895163 |
| | 09/19/2022 | $668.00 | 898383 | | 10/17/2022 | $334.00 | 900003 |
| | 12/12/2022 | $510.30 | 903107 | | 01/09/2023 | $491.70 | 904601 |
| | 02/13/2023 | $134.00 | 906167 | | | | |
| TD BANK USA NA | | | | | | | |
| | 09/18/2023 | $23.22 | 916956 | | 11/13/2023 | $18.02 | 919832 |
| | 06/16/2025 | $20.58 | 946932 | | 07/14/2025 | $21.71 | 948368 |

**Chapter 13 Case # 18-20646**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 12/17/2018 | $530.11 | 0 | 02/11/2019 | $269.12 | 8000931 |
| | 03/18/2019 | $269.12 | 8000977 | 04/15/2019 | $269.11 | 8001022 |
| | 05/20/2019 | $538.23 | 8001066 | 06/17/2019 | $273.97 | 8001111 |
| | 08/19/2019 | $547.93 | 8001194 | 10/21/2019 | $281.10 | 8001281 |
| | 11/18/2019 | $270.54 | 8001323 | 01/13/2020 | $270.54 | 8001404 |
| | 02/10/2020 | $270.54 | 8001441 | 03/16/2020 | $270.54 | 8001481 |
| | 04/20/2020 | $541.09 | 8001529 | 05/18/2020 | $256.84 | 8001590 |
| | 07/20/2020 | $520.82 | 8001710 | 08/17/2020 | $263.98 | 8001769 |
| | 09/21/2020 | $263.98 | 8001832 | 11/16/2020 | $263.98 | 8001946 |
| | 12/21/2020 | $117.32 | 8002005 | 02/22/2021 | $22.83 | 8002118 |
| | 03/15/2021 | $121.41 | 8002170 | 04/19/2021 | $121.41 | 8002224 |
| | 05/17/2021 | $52.48 | 8002272 | 06/21/2021 | $75.24 | 8002325 |
| | 07/19/2021 | $75.24 | 8002377 | 08/16/2021 | $75.24 | 8002427 |
| | 09/20/2021 | $75.24 | 8002474 | 10/18/2021 | $75.24 | 8002522 |
| | 01/10/2022 | $10.40 | 8002677 | 02/14/2022 | $77.58 | 8002731 |
| | 03/14/2022 | $77.58 | 8002783 | 04/18/2022 | $303.44 | 8002837 |
| | 06/20/2022 | $162.19 | 8002942 | 07/18/2022 | $81.09 | 8002992 |
| | 09/19/2022 | $19.98 | 8003095 | 10/17/2022 | $81.09 | 8003145 |
| | 01/09/2023 | $8.06 | 8003303 | 02/13/2023 | $163.10 | 8003361 |
| | 03/13/2023 | $221.18 | 8003412 | 04/17/2023 | $442.35 | 8003467 |
| | 06/12/2023 | $199.89 | 8003577 | 06/12/2023 | $49.10 | 8003577 |
| | 07/17/2023 | $1,009.80 | 8003634 | 09/18/2023 | $359.30 | 8003748 |
| | 09/18/2023 | $494.53 | 8003748 | 11/13/2023 | $383.84 | 8003857 |
| | 05/12/2025 | $11.95 | 8004616 | 06/16/2025 | $426.12 | 8004661 |
| | 07/14/2025 | $462.22 | 8004703 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: August 07, 2025.

Receipts: $52,810.00    -    Paid to Claims: $47,144.38    -    Admin Costs Paid: $5,665.62    =    Funds on Hand: $0.00

Base Plan Amount: $52,810.00    -    Receipts: $52,810.00    =    Total Unpaid Balance: **$0.00

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.