| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>Darin D. Pinto<br>NJ Bar ID 016661991<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9405 (Phone)<br>(908) 317-317-9554 (Fax)<br>Attorneys for Debtor Richard K. Biela | |
| In Re:<br><br>RICHARD K. BIELA,<br><br>Debtor. | Case No.: 18-20646<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: September 17, 2025<br>Judge: TBA |

## CERTIFICATION OF SERVICE

1. I, __Darin D. Pinto__ :

    ☒ represent __Debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __August 21, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Cancel and Discharge Mortgage, Certification in Support of Motion and Proposed Form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 21, 2025__     /s/ Darin D. Pinto
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Attorney General of New Jersey<br>Attn:  Valerie Hamilton<br>RJ Hughes Justice Complex<br>25 W. Market Street<br>PO Box 106<br>Trenton, New Jersey 08625 | Attorneys for New Jersey Housing & Mortgage Finance Agency | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |