UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtor Richard K. Biela

Case No.: 18-20646

Chapter: 13

In Re:

RICHARD K. BIELA,

Debtor.

Adv. No.:

Hearing Date: September 17, 2025

Judge: TBA

## CERTIFICATION OF SERVICE

1. I, __Darin D. Pinto__ :

   ☒ represent __Debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 21, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Cancel and Discharge Mortgage, Certification in Support of Motion and Proposed Form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 21, 2025__

/s/ Darin D. Pinto
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Attorney General of New Jersey<br>Attn: Valerie Hamilton<br>RJ Hughes Justice Complex<br>25 W. Market Street<br>PO Box 106<br>Trenton, New Jersey 08625 | Attorneys for New Jersey Housing & Mortgage Finance Agency | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |