Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20646−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard K Biela
   901 Stuyvesant Ave Apt 211
   Union, NJ 07083

Social Security No.:
   xxx−xx−3990

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/15/25 at 10:00 AM

to consider and act upon the following:

*155* − Motion to Cancel and Discharge Mortgage or Lien RE:New Jersey Housing & Mortgage Finance Agency. Filed by Darin D Pinto on behalf of Richard K Biela. Hearing scheduled for 8/20/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Certification of Debtor in Support of Motion # 2 Proposed Order # 3 Certificate of Service) (Pinto, Darin)

Dated: 10/2/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court