| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> LAW OFFICES OF DARIN D. PINTO, P.C. <br> Darin D. Pinto <br> NJ Bar ID 016661991 <br> 376 South Avenue East <br> Westfield, New Jersey 07090 <br> (908) 317-9405 (Phone) <br> (908) 317-317-9554 (Fax) <br> Attorneys for Debtor Richard K. Biela | Order Filed on October 15, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> RICHARD K. BIELA, <br><br> Debtor. | Case No:   18-20646 <br><br> Chapter:   13 <br><br><br> Judge:   TBA |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 15, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☑ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 901 Stuyvesant Avenue, Apt. 211, Union, New Jersey 07083

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: New Jersey Housing & Mortgage Finance Agency
    b. Current Assignee: N/A
    c. Current Servicer: N/A
    d. Date of Mortgage/Lien: September 24, 2013
    e. Date of Recordation: September 25, 2013
    f. Place of Recordation: Union County Clerk
        i. Mortgage Book: 13667
        ii. Page: 1
    g. Original Principal Balance of Mortgage/Lien: $ 47,311.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*