| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>Darin D. Pinto<br>NJ Bar ID 016661991<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9405 (Phone)<br>(908) 317-317-9554 (Fax)<br>Attorneys for Debtor Richard K. Biela | Order Filed on October 15, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br> RICHARD K. BIELA,<br><br>     Debtor. | Case No:     18-20646<br><br>Chapter:        13<br><br><br>Judge:          TBA |

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 15, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☑ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 901 Stuyvesant Avenue, Apt. 211, Union, New Jersey 07083

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: New Jersey Housing & Mortgage Finance Agency
b. Current Assignee: N/A
c. Current Servicer: N/A
d. Date of Mortgage/Lien: December 16, 2016
e. Date of Recordation: October 25, 2017
f. Place of Recordation: Union County Clerk
   i. Mortgage Book: 14354
   ii. Page: 193
g. Original Principal Balance of Mortgage/Lien: $ 50,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*