| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>Darin D. Pinto<br>NJ Bar ID 016661991<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9405 (Phone)<br>(908) 317-317-9554 (Fax)<br>Attorneys for Debtor Richard K. Biela | Order Filed on October 15, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RICHARD K. BIELA,<br><br>   Debtor. | Case No:   18-20646<br><br>Chapter:   13<br><br>Judge:   TBA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**  ☐ **LIEN**  ☐ **OTHER** (specify) _____

  The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 15, 2025**

                _____
                **Honorable Vincent F. Papalia**
                **United States Bankruptcy Judge**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☑ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 901 Stuyvesant Avenue, Apt. 211, Union, New Jersey 07083

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: New Jersey Housing & Mortgage Finance Agency
    b. Current Assignee: N/A
    c. Current Servicer: N/A
    d. Date of Mortgage/Lien: September 24, 2013
    e. Date of Recordation: September 25, 2013
    f. Place of Recordation: Union County Clerk
       i. Mortgage Book: 13667
       ii. Page: 1
    g. Original Principal Balance of Mortgage/Lien: $ 47,311.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-20646-TBA

Richard K Biela  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Oct 16, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard K Biela, 901 Stuyvesant Ave Apt 211, Union, NJ 07083-6957 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor INVESTORS BANK nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Darin D Pinto | on behalf of Debtor Richard K Biela dpintolaw@comcast.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

R. A. Lebron
    on behalf of Creditor INVESTORS BANK bankruptcy@fskslaw.com

Richard James Tracy, III
    on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com,
    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10